Donald H. Nichols, MN Bar No. 78918
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Shanan Calhoun and James Mulderig on
behalf of themselves and classes of those
similarly situated,

                    Plaintiffs,

vs.

Fastenal Company, and DOES 1-10,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No:



**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Donald H. Nichols, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application I certify on oath that:

1.    I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

1

Matthew C. Helland

2

Nichols Kaster & Anderson, LLP

3

One Embarcadero Center, Suite 720

4

San Francisco, CA  94111

5

Telephone: (415) 277-7235

6

I declare under penalty of perjury that the foregoing is true and correct.

7

8

Dated: _10/17/07_____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2    **UNITED STATES DISTRICT COURT**

3    **NORTHERN DISTRICT OF CALIFORNIA**

4
Shanan Calhoun and James Mulderig on                    )
behalf of themselves and classes of those              )
5    similarly situated,                                )
                        Plaintiffs,                     )    Case No:
6                                                       )
        vs.                                             )    **(Proposed)**
7                                                       )    **ORDER GRANTING APPLICATION**
                                                        )    **FOR ADMISSION OF ATTORNEY**
Fastenal Company, and DOES 1-10,                        )    *PRO HAC VICE*
8                                                       )
                        Defendants.                     )
9    _____           )

10

11        Donald H. Nichols, an active member in good standing of the bar of Minnesota, whose

12    business address and telephone number is Nichols Kaster & Anderson, PLLP, 4600 IDS Center,

13    80 South 8th Street, Minneapolis, Minnesota 55402, (612) 256-3200, having applied in the

14    above-entitled action for permission to practice in the Northern District of California on a *pro*

15    *hac vice* basis, representing Plaintiffs.

16        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

17    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

18    *vice*. Service of papers upon and communication with co-counsel designated in the application

19    will constitute notice to the party. All future filing in this action are subject to the requirements

20    contained in General Order No. 45, *Electronic Case Filing*.

21

22    Dated:_____        _____

23                                       United States Judge

24

25

26

27

28