Paul J. Lukas, MN Bar No. 22084X
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun and James Mulderig on behalf of themselves and classes of those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Fastenal Company, and DOES 1-10, <br><br> Defendants. | Case No.:  <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Paul J. Lukas, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application I certify on oath that:

1. I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew C. Helland

Nichols Kaster & Anderson, LLP

One Embarcadero Center, Suite 720

San Francisco, CA 94111

Telephone: (415) 277-7235

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10-17-07                    *[signature]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Shanan Calhoun and James Mulderig on behalf of themselves and classes of those similarly situated,

    Plaintiffs,

vs.

Fastenal Company, and DOES 1-10,

    Defendants.

Case No.: C 07 5326

**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Paul J. Lukas, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Nichols Kaster & Anderson, PLLP, 4600 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, (612) 256-3200, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

                                                                    United States Judge