```
1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (pro hac vice application pending)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (pro hac vice application pending)
7  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
8  80 S. 8th Street
   Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS
```

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun and James Mulderig, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Cain        Cory
Fisher      Bart
Putman      Ashley

| | | |
|---|---|---|
|1| | |
|2|Dated: November 16, 2007|s/Matthew Helland|
|3| |**NICHOLS KASTER & ANDERSON, LLP**|
| | |Matthew C. Helland, CA State Bar No. 250451|
|4| |Helland@nka.com|
| | |One Embarcadero Center|
|5| |Ste. 720|
| | |San Francisco, CA 94111|
|6| | |
| | |Donald H. Nichols, MN State Bar No. 78918|
|7| |Nichols@nka.com|
| | |(**pro hac vice** application pending)|
|8| |Paul J. Lukas, MN State Bar No. 22084X|
| | |Lukas@nka.com|
|9| |(**pro hac vice** application pending)|
| | |**NICHOLS KASTER & ANDERSON, PLLP**|
|10| |4600 IDS Center|
| | |80 S. 8th Street|
|11| |Minneapolis, MN 55402|
|12| |ATTORNEYS FOR PLAINTIFFS|

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on November 16, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: November 16, 2007

          s/Matthew Helland
          _____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  1-10-05  to  9-2-07

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Cory W. L___  11-16-07
Signature          Date

_Cory W. Cain_
Print Name

**Fax or Mail To:**

Dan Wozniak
Nichols Kaster & Anderson, PLL
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  JANUARY 2006 to DECEMBER 2006

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_BHC_____    _11-7-07_
Signature                        Date

_BART FISHER_____
Print Name

**Fax or Mail To:**

Dan Wozniak
Nichols Kaster & Anderson
4600 IDS Center, 80 S. 8th S[t]
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

_OHIO_____
Geographical Area(s) Worked

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment 6/5/02 to 9/22/06

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Ashley Putman* 11/6/07
Signature                        Date

Ashley Putman
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PL
4600 IDS Center, 80 S. 8th Stree
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION