1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
6  (**pro hac vice** application pending)
   NICHOLS KASTER & ANDERSON, PLLP
7  4600 IDS Center
   80 S. 8th Street
8  Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Shanan Calhoun and James Mulderig, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No: 3:07-cv-5326-MHP |
|---|---|
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| Fastenal Company, and DOES 1-50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Kappeler      Martin
Klisurich     Anthony

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | Dated: November 19, 2007 | s/Matthew Helland |
| 2 | | **NICHOLS KASTER & ANDERSON, LLP**<br>Matthew C. Helland, CA State Bar No. 250451 |
| 3 | | Helland@nka.com<br>One Embarcadero Center |
| 4 | | Ste. 720<br>San Francisco, CA 94111 |
| 5 | | |
| 6 | | Donald H. Nichols, MN State Bar No. 78918<br>Nichols@nka.com |
| 7 | | (**pro hac vice** application pending)<br>Paul J. Lukas, MN State Bar No. 22084X<br>Lukas@nka.com |
| 8 | | (**pro hac vice** application pending)<br>**NICHOLS KASTER & ANDERSON, PLLP** |
| 9 | | 4600 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402 |
| 10 | | |
| 11 | | ATTORNEYS FOR PLAINTIFFS |

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on November 19, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: November 19, 2007

s/Matthew Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  March 05  to  Oct 06

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Martin B. Kappeler_     11/14/07
Signature                 Date

_Martin B. Kappeler_
Print Name

REDACTED

**Fax or Mail To:**

**Dan Wozniak**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment 7/11/97 to 4/7/05

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

AEK _____ 11/7/07
Signature                    Date

Anthony E. Klisurich
Print Name

REDACTED

**Fax or Mail To:**

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION