1  LORI A. BOWMAN, State Bar No. 114664
   lori.bowman@ogletreedeakins.com
2  LESLIE E. WALLIS, State Bar No. 128435
   leslie.wallis@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  633 West Fifth Street, 53rd Floor
   Los Angeles, California 90071
5  Telephone:    (213) 239-9800
   Facsimile:     (213) 239-9045
6
   Attorneys for Defendant
7  FASTENAL COMPANY

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SHANAN CALHOUN and JAMES          Case No. 3:07-CV-5326 MHP
   MULDERIG, individually, on behalf of
12 others similarly situated, and on behalf of   **STIPULATION AND ORDER FOR
   the general public,                           EXTENSION OF TIME TO RESPOND
13                                                TO COMPLAINT**

14                Plaintiffs,

15      v.

16 FASTENAL COMPANY, and DOES 1-50,
   inclusive,
17

18                Defendants.

19

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation for
Defendant's
                                                            CASE NO. 3:07-CV-5326 MHP
          STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  WHEREAS, Plaintiffs has served upon Defendant a Complaint in this action; and

2  WHEREAS, Plaintiffs and Defendant have agreed that Defendant may have a
3  reasonable extension of time to respond.

4  NOW, THEREFORE, the parties, through their undersigned attorneys, do hereby
5  stipulate and agree as follows:

6  That Defendant shall be allowed a thirty (30) day extension of time until December
7  19, 2007, to file an answer or otherwise respond to the Complaint.

8

9
10  DATED: November 19, 2007         NICHOLS KASTER & ANDERSON, PLLP
11

12                                   By: _____
                                         Matthew C. Helland
13                                       Donald H. Nichols
                                         Paul J. Lukas
14
                                     Attorneys for Plaintiffs
15                                   Respectfully submitted,

16  DATED: November 19, 2007         OGLETREE, DEAKINS, NASH, SMOAK &
17                                   STEWART, P.C.

18

19                                   By: _Leslie Wallis_____
20                                       Lori A. Bowman
                                         Leslie E. Wallis
21
                                     Attorneys for Defendant
22                                   FASTENAL COMPANY

23

24  IT IS SO ORDERED:

25  DATED: _____           By: _____
                                         Marilyn Patel
26                                       United States Magistrate Judge

27

28