1   Matthew C. Helland, CA State Bar No. 250451
    Helland@nka.com
2   NICHOLS KASTER & ANDERSON, LLP
    One Embarcadero Center, Ste. 720
3   San Francisco, CA 94111

4   Donald H. Nichols, MN State Bar No. 78918
    Nichols@nka.com
5   (**pro hac vice** application pending)
    Paul J. Lukas, MN State Bar No. 22084X
6   Lukas@nka.com
    (**pro hac vice** application pending)
7   NICHOLS KASTER & ANDERSON, PLLP
    4600 IDS Center
8   80 S. 8th Street
    Minneapolis, MN 55402

9   ATTORNEYS FOR PLAINTIFFS

10              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11

12  Shanan Calhoun and James Mulderig,
    individually, on behalf of others similarly
13  situated, and on behalf of the general          Case No: 3:07-cv-5326-MHP
    public,
                                                     **NOTICE OF CONSENT FILING**
14                              Plaintiffs,

15      vs.

16  Fastenal Company, and DOES 1-50,
    inclusive,
17
                                Defendants.
18

19

20          PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

21  attached Consent Form(s) for the following person(s):

22
    Kreefer        Stewart
23  Wille          Daniel

24

25

26

27

28

─────────────────────────────────────────────
                NOTICE OF CONSENT FILING

1    Dated: November 20, 2007          s/Matthew Helland

2                                       **NICHOLS KASTER & ANDERSON, LLP**
                                        Matthew C. Helland, CA State Bar No. 250451
3                                       Helland@nka.com
                                        One Embarcadero Center
4                                       Ste. 720
                                        San Francisco, CA 94111
5
                                        Donald H. Nichols, MN State Bar No. 78918
6                                       Nichols@nka.com
                                        (**pro hac vice** application pending)
7                                       Paul J. Lukas, MN State Bar No. 22084X
                                        Lukas@nka.com
8                                       (**pro hac vice** application pending)
                                        **NICHOLS KASTER & ANDERSON, PLLP**
9                                       4600 IDS Center
                                        80 S. 8th Street
10                                      Minneapolis, MN 55402

11                                      ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Shanan Calhoun, et al. v. Fastenal Company, et al.<br>**Case No.** 3:07-cv-5326-MHP |
| 3 | |
| | I hereby certify that on November 20, 2007, I caused the following document(s): |
| 4 | |
| 5 | **Notice of Consent Filing** |
| 6 | to be served via ECF to the following: |
| 7 | Fastenal Company |
| | C/O: National Registered Agents, Inc. |
| 8 | 2030 Main Street, Suite 1030<br>Irvine, CA 92614 |
| 9 | |
| 10 | Dated:  November 20, 2007 |
| 11 | s/Matthew Helland |
| 12 | |
| 13 | **NICHOLS KASTER & ANDERSON, LLP**<br>Matthew C. Helland, CA State Bar No. 250451<br>Helland@nka.com |
| 14 | One Embarcadero Center<br>Ste. 720 |
| 15 | San Francisco, CA 94111 |
| 16 | Donald H. Nichols, MN State Bar No. 78918<br>Nichols@nka.com |
| 17 | (**pro hac vice** application pending)<br>Paul J. Lukas, MN State Bar No. 22084X<br>Lukas@nka.com |
| 18 | (**pro hac vice** application pending)<br>**NICHOLS KASTER & ANDERSON, PLLP** |
| 19 | 4600 IDS Center<br>80 S. 8th Street |
| 20 | Minneapolis, MN 55402 |
| 21 | ATTORNEYS FOR PLAINTIFFS |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF CONSENT FILING

1

## CONSENT FORM AND DECLARATION

2

3

4

5

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

6

Approximate Dates of Employment _5/04_ to _01/06_

7

8

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9

10

_____    11/19/07
Signature                               Date

11

12

_STEWART EDWARD KREEFER_
Print Name

13

14

REDACTED

15

**Fax or Mail To:**

16

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**

17

**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**

18

**FAX (612) 215-6870**

19

20

21

22

23

24

25

26

27

28

CONSENT AND DECLARATION

REDACTED

1

## CONSENT FORM AND DECLARATION

2

3    I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims
against it for violations of the wage and hour laws of the United States and/or the state(s)
where I worked for Fastenal Company. During the past three years, there were occasions
when I worked over 40 hours per week for Fastenal and did not receive overtime
compensation. I worked for Fastenal as an assistant general manager.

4

5

6    Approximate Dates of Employment  APRIL 04  to  FEB 2006

7

8    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
correct.

9

10                                                            11/15/2007
                    Signature                        Date

11                    DANIEL   WILE
                    Print Name

12

13                                          REDACTED

14

15   **Fax or Mail To:**

16   **Paul Lukas**
     **Nichols Kaster & Anderson, PLLP**
17   **4600 IDS Center, 80 S. 8th Street**
     **Minneapolis, MN 55402**
18   **FAX (612) 215-6870**

19

20

21

22

23

24

25

26

27

28

CONSENT AND DECLARATION

REDACTED