Case 3:07-cv-05326-MHP   Document 16   Filed 11/21/2007   Page 1 of 2

```
 1  LORI A. BOWMAN, State Bar No. 114664
    lori.bowman@ogletreedeakins.com
 2  LESLIE E. WALLIS, State Bar No. 128435
    leslie.wallis@ogletreedeakins.com
 3  OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
 4  633 West Fifth Street, 53rd Floor
    Los Angeles, California 90071
 5  Telephone:  (213) 239-9800
    Facsimile:  (213) 239-9045
 6
    Attorneys for Defendant
 7  FASTENAL COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANAN CALHOUN and JAMES MULDERIG, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:07-CV-5326 MHP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

///
///
///
///
///
///
///
///

Stipulation for Defendant's

CASE NO. 3:07-CV-5326 MHP
STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  WHEREAS, Plaintiffs has served upon Defendant a Complaint in this action; and

2  WHEREAS, Plaintiffs and Defendant have agreed that Defendant may have a reasonable extension of time to respond.

NOW, THEREFORE, the parties, through their undersigned attorneys, do hereby stipulate and agree as follows:

That Defendant shall be allowed a thirty (30) day extension of time until December 19, 2007, to file an answer or otherwise respond to the Complaint.

DATED: November 19, 2007

NICHOLS KASTER & ANDERSON, PLLP

By: _____
Matthew C. Helland
Donald H. Nichols
Paul J. Lukas
Attorneys for Plaintiffs
Respectfully submitted,

DATED: November 19, 2007

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _Leslie Wallis_____
Lori A. Bowman
Leslie E. Wallis
Attorneys for Defendant
FASTENAL COMPANY

IT IS SO ORDERED:

DATED: 11/20/2007

By: _____
Marilyn Patel
United...

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stipulation for Defendant's

1

CASE NO. 3:07-CV-5326-MHP
STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT