1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (**pro hac vice** application pending)
7  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
8  80 S. 8th Street
   Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10              IN THE UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA

12 Shanan Calhoun and James Mulderig,
   individually, on behalf of others similarly
13 situated, and on behalf of the general         Case No: 3:07-cv-5326-MHP
   public,
14                                                **NOTICE OF CONSENT FILING**
                      Plaintiffs,
15
        vs.
16
   Fastenal Company, and DOES 1-50,
17 inclusive,

18                    Defendants.

19

20
        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
21
   attached Consent Form(s) for the following person(s):
22
   Craig       Charles
23 Dahms       Travis
   McElroy     Keith
24

25

26

27

28

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 21, 2007 | s/Matthew Helland |
| 3 | | **NICHOLS KASTER & ANDERSON, LLP** |
| | | Matthew C. Helland, CA State Bar No. 250451 |
| 4 | | Helland@nka.com |
| | | One Embarcadero Center |
| 5 | | Ste. 720 |
| | | San Francisco, CA 94111 |
| 6 | | |
| | | Donald H. Nichols, MN State Bar No. 78918 |
| 7 | | Nichols@nka.com |
| | | (**pro hac vice** application pending) |
| 8 | | Paul J. Lukas, MN State Bar No. 22084X |
| | | Lukas@nka.com |
| 9 | | (**pro hac vice** application pending) |
| | | **NICHOLS KASTER & ANDERSON, PLLP** |
| 10 | | 4600 IDS Center |
| | | 80 S. 8th Street |
| 11 | | Minneapolis, MN 55402 |
| 12 | | ATTORNEYS FOR PLAINTIFFS |

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
Case No. 3:07-cv-5326-MHP

I hereby certify that on November 21, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: November 21, 2007

s/Matthew Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  10/06  to  08/07 – Long Beach
                                 1/06   to  10/06  Hartselle, AL

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Charles Bud C_  11/20/07
Signature            Date

_Charles Brandon Craig_
Print Name

REDACTED

**Fax or Mail To:**

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  May 06 to March 07

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  11/20/07
Signature                Date

Travis Dahms

REDACTED

**Fax or Mail To:**

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  OCT 03  to  JAN 06

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Keith A. McElroy_   11/20/07
Signature        Date

KEITH A. McELROY
Print Name

REDACTED

**Fax or Mail To:**

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION