Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun and James Mulderig, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Evans | Tonya |
| Gish | Nicholas |
| Nicholas | Paul |
| Peery | Brian |
| Pursel | Michael |
| Springgate | Jeffrey |

NOTICE OF CONSENT FILING

1
2
3
4  Dated: November 26, 2007                    s/Matthew Helland

5                                              **NICHOLS KASTER & ANDERSON, LLP**
                                               Matthew C. Helland, CA State Bar No. 250451
6                                              Helland@nka.com
                                               One Embarcadero Center
7                                              Ste. 720
                                               San Francisco, CA 94111
8
                                               Donald H. Nichols, MN State Bar No. 78918
9                                              Nichols@nka.com
                                               (**pro hac vice** application pending)
10                                             Paul J. Lukas, MN State Bar No. 22084X
                                               Lukas@nka.com
11                                             (**pro hac vice** application pending)
                                               **NICHOLS KASTER & ANDERSON, PLLP**
                                               4600 IDS Center
12                                             80 S. 8th Street
                                               Minneapolis, MN 55402
13
14                                             ATTORNEYS FOR PLAINTIFFS
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
Case No. 3:07-cv-5326-MHP

I hereby certify that on November 26, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: November 26, 2007

s/Matthew Helland

---

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment 7-1-04 to 5-16-06

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  11/20/07
Signature                Date

Tonya M. Evans
Print Name

Fax or Mail To:

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

Geographical Area(s) Worked Pittsburg, San Pablo, American Canyon, Santa Rosa, CA

CONSENT AND DECLARATION

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  8/04  to  12/06

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  11/16/07
Signature                 Date

PAUL M. NICOLAS
Print Name

**Fax or Mail To:**

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

PALO ALTO | MNT-VIEW | SUNNYVALE
Geographical Area(s) Worked

CONSENT AND DECLARATION

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  01/01/2005  to  09/16/2005

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Nicholas Gish_       11/20/07
Signature                     Date

_Nicholas Gish_
Print Name

REDACTED

**Fax or Mail To:**

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

_St. Louis / MO._
Geographical Area(s) Worked

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment   1 06   to   2-07

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____   11-19-07
Signature                                Date

___Brian   Peery___
Print Name

Fax or Mail To:

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

___Southern   Oregon___
Geographical Area(s) Worked

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  2/4/4  to  5/5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  11/17/07
Signature                                  Date

Michael V. Pursel
Print Name

Fax or Mail To:

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

Portland Or
Geographical Area(s) Worked

CONSENT AND DECLARATION

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment __6/05__ to __12/05__

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  11/20/07
Signature                                   Date

__Jeffrey    Springgate__
Print Name

Fax or Mail To:

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

__San Diego/Poway, CA__
Geographical Area(s) Worked

CONSENT AND DECLARATION