1   Matthew C. Helland, CA State Bar No. 250451
    Helland@nka.com
2   NICHOLS KASTER & ANDERSON, LLP
    One Embarcadero Center, Ste. 720
3   San Francisco, CA 94111

4   Donald H. Nichols, MN State Bar No. 78918
    Nichols@nka.com
5   (**pro hac vice** application pending)
    Paul J. Lukas, MN State Bar No. 22084X
6   Lukas@nka.com
    (**pro hac vice** application pending)
7   NICHOLS KASTER & ANDERSON, PLLP
    4600 IDS Center
8   80 S. 8th Street
    Minneapolis, MN 55402

9   ATTORNEYS FOR PLAINTIFFS

10            IN THE UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA

12  Shanan Calhoun and James Mulderig,
    individually, on behalf of others similarly
13  situated, and on behalf of the general         Case No: 3:07-cv-5326-MHP
    public,
14                                                  **NOTICE OF CONSENT FILING**
                        Plaintiffs,
15
         vs.
16
    Fastenal Company, and DOES 1-50,
17  inclusive,

18                      Defendants.

19

20        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

21  attached Consent Form(s) for the following person(s):

22
23  Weger          Micah

24

25

26

27

28

─────────────────────────────────────────────
NOTICE OF CONSENT FILING

1    Dated:  December 3, 2007                    s/Matthew Helland

2                                                **NICHOLS KASTER & ANDERSON, LLP**
                                                 Matthew C. Helland, CA State Bar No. 250451
3                                                Helland@nka.com
                                                 One Embarcadero Center
4                                                Ste. 720
                                                 San Francisco, CA 94111

5
                                                 Donald H. Nichols, MN State Bar No. 78918
6                                                Nichols@nka.com
                                                 (**pro hac vice** application pending)
7                                                Paul J. Lukas, MN State Bar No. 22084X
                                                 Lukas@nka.com
8                                                (**pro hac vice** application pending)
                                                 **NICHOLS KASTER & ANDERSON, PLLP**
9                                                4600 IDS Center
                                                 80 S. 8th Street
10                                               Minneapolis, MN 55402

11                                               ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                 3

1

2

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

3

4

I hereby certify that on December 3, 2007, I caused the following document(s):

5

**Notice of Consent Filing**

6

to be served via ECF to the following:

7

Fastenal Company
C/O: National Registered Agents, Inc.

8

2030 Main Street, Suite 1030
Irvine, CA 92614

9

10

Dated:  December 3, 2007

11

s/Matthew Helland

12

13

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com

14

One Embarcadero Center
Ste. 720

15

San Francisco, CA 94111

16

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com

17

(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com

18

(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**

19

4600 IDS Center
80 S. 8th Street

20

Minneapolis, MN 55402

21

ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

3

1

## CONSENT FORM AND DECLARATION

2

3

4

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

5

6

Approximate Dates of Employment  7/2004  to  5/2005

7

8

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9

10

_M. Wege_      _11/29/07_
Signature           Date

11

12

_Micah Weger_
Print Name

13

REDACTED

14

15

**Fax or Mail To:**

16

**Dan Wozniak**
**Nichols Kaster & Anderson, PLL**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

17

18

19

20

21

22

23

24

25

26

27

28