1 | Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
2 | NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
3 | San Francisco, CA 94111

4 | Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
5 | (**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
6 | (**pro hac vice** application pending)
NICHOLS KASTER & ANDERSON, PLLP
7 | 4600 IDS Center
80 S. 8th Street
8 | Minneapolis, MN 55402

9 | ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Shanan Calhoun and James Mulderig, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No: 3:07-cv-5326-MHP |
|---|---|
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| Fastenal Company, and DOES 1-50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Speer          Ricky

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | Dated: December 6, 2007 | s/Matthew Helland |
| 2 | | **NICHOLS KASTER & ANDERSON, LLP** |
| | | Matthew C. Helland, CA State Bar No. 250451 |
| 3 | | Helland@nka.com |
| | | One Embarcadero Center |
| 4 | | Ste. 720 |
| | | San Francisco, CA 94111 |
| 5 | | |
| | | Donald H. Nichols, MN State Bar No. 78918 |
| 6 | | Nichols@nka.com |
| | | (**pro hac vice** application pending) |
| 7 | | Paul J. Lukas, MN State Bar No. 22084X |
| | | Lukas@nka.com |
| 8 | | (**pro hac vice** application pending) |
| | | **NICHOLS KASTER & ANDERSON, PLLP** |
| 9 | | 4600 IDS Center |
| | | 80 S. 8th Street |
| 10 | | Minneapolis, MN 55402 |
| 11 | | ATTORNEYS FOR PLAINTIFFS |

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on December 6, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: December 6, 2007

                                            s/Matthew Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment _12-1-04_ to _PRESENT_

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_[Signature]_    11/30/07
Signature         Date

_Ricky L. Speer_
Print Name

REDACTED

**Fax or Mail To:**

Dan Wozniak
Nichols Kaster & Anderson, P
4600 IDS Center, 80 S. 8th Str
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION