```
1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (pro hac vice application pending)
   Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
6  (pro hac vice application pending)
   NICHOLS KASTER & ANDERSON, PLLP
7  4600 IDS Center
   80 S. 8th Street
8  Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun and James Mulderig, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Simon      John
Tully       Sean

1
2  Dated: December 10, 2007                s/Matthew C. Helland
3
   **NICHOLS KASTER & ANDERSON, LLP**
   Matthew C. Helland, CA State Bar No. 250451
4  Helland@nka.com
   One Embarcadero Center
5  Ste. 720
   San Francisco, CA 94111
6
   Donald H. Nichols, MN State Bar No. 78918
7  Nichols@nka.com
   (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
8  Lukas@nka.com
   (**pro hac vice** application pending)
9  **NICHOLS KASTER & ANDERSON, PLLP**
   4600 IDS Center
10 80 S. 8th Street
   Minneapolis, MN 55402
11
12                                          ATTORNEYS FOR PLAINTIFFS
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on December 10, 2007, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: December 10, 2007

s/Matthew C. Helland
_____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  Aug 04  to  June 06

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_John Simon_   12/05/07
Signature                        Date

_John Simon_
Print Name

REDACTED

**Fax or Mail To:**

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment *Nov 2004* to *Sept 2006*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  12-5-07
Signature                Date

*Sean Tully*
Print Name

REDACTED

**Fax or Mail To:**

**Dan Wozniak**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION