LORI A. BOWMAN, State Bar No. 114664
lori.bowman@ogletreedeakins.com
LESLIE E. WALLIS, State Bar No. 128435
leslie.wallis@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:    (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Defendant
FASTENAL COMPANY

DONALD H. NICHOLS, MN State Bar No. 78918
nichols@nka.com
(pro hac vice application pending)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANAN CALHOUN and JAMES MULDERIG, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>           Plaintiffs,<br><br>     v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>           Defendants. | Case No. 3:07-CV-5326 MHP<br><br>**AMENDED STIPULATION TO ACCEPT SERVICE ON BEHALF OF DEFENDANT FASTENAL COMPANY** |

5398013_1

**AMENDED STIPULATION TO ACCEPT SERVICE**

1

2      WHEREAS, on November 19, 2007, Plaintiffs and Defendant, Fastenal Company,

3 entered into a Stipulation and Order for Extension of Time to Respond to Complaint; and

4      WHEREAS, on December 13, 2007, Plaintiffs' counsel contacted Leslie Wallis of

5 Ogletree Deakins Nash Smoak & Stewart, P.C. regarding accepting service of documents

6 on behalf of Fastenal Company;

7      NOW, THEREFORE, Ogletree Deakins Nash Smoak & Stewart, P.C. agrees to

8 accept service of Plaintiffs' First Amended Complaint on behalf of Fastenal Company.

9 This stipulation is not a waiver of service. Defendant's Answer to Plaintiffs' First Amended

10 Complaint will be due January 8, 2008, twenty (20) days after the date of service of the

11 First Amended Complaint.

12 DATED:  December 19, 2007          NICHOLS KASTER & ANDERSON, LLP.

13

14

15                                    By
                                         Matthew C. Helland
16                                    Attorneys for Plaintiffs

17 DATED:  December 19, 2007          OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.
18

19

20                                    By:
21                                         Lori A. Bowman
                                           Leslie E. Wallis
22                                    Attorneys for Defendant
23                                    FASTENAL COMPANY

24 THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED:

25

26 DATED: _____           By:_____
                                       Marilyn Patel
27                                     United States Magistrate Judge

28

5398013_1