Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun and James Mulderig, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>                Plaintiffs,<br><br>   vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>                Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached Consent Form(s) for the following person(s):

Bush        Jeff

1

2    Dated:  December 20, 2007          s/Matthew C. Helland

3                                      **NICHOLS KASTER & ANDERSON, LLP**
                                       Matthew C. Helland, CA State Bar No. 250451
                                       Helland@nka.com
4                                      One Embarcadero Center
                                       Ste. 720
5                                      San Francisco, CA 94111

6                                      Donald H. Nichols, MN State Bar No. 78918
                                       Nichols@nka.com
7                                      (**pro hac vice** application pending)
                                       Paul J. Lukas, MN State Bar No. 22084X
8                                      Lukas@nka.com
                                       (**pro hac vice** application pending)
9                                      **NICHOLS KASTER & ANDERSON, PLLP**
                                       4600 IDS Center
10                                     80 S. 8th Street
                                       Minneapolis, MN 55402
11
                                       ATTORNEYS FOR PLAINTIFFS
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

1

2

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

3

4

I hereby certify that on December 20, 2007, I caused the following document(s):

5

**Notice of Consent Filing**

6

to be served via ECF to the following:

7

Fastenal Company
C/O: National Registered Agents, Inc.

8

2030 Main Street, Suite 1030
Irvine, CA 92614

9

10

Dated:  December 20, 2007

11

s/Matthew C.  Helland

12

13

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com

14

One Embarcadero Center
Ste. 720
San Francisco, CA 94111

15

16

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com

17

(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com

18

(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**

19

4600 IDS Center
80 S. 8th Street

20

Minneapolis, MN 55402

21

ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

3

1

**CONSENT FORM AND DECLARATION**

2

3   I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims
    against it for violations of the wage and hour laws of the United States and/or the state(s)
    where I worked for Fastenal Company. During the past three years, there were occasions
4   when I worked over 40 hours per week for Fastenal and did not receive overtime
    compensation. I worked for Fastenal as an assistant general manager.

5

6   Approximate Dates of Employment  11/1/04  to  5/30/05

7

8   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
    correct.

9

10  _____  12-15-07
    Signature                    Date

11

12  _Jeff Bush_____  #
    Print Name

13

14

15  **Fax or Mail To:**

16  **Dan Wozniak**
    **Nichols Kaster & Anderson, PLLP**
17  **4600 IDS Center, 80 S. 8ᵗʰ Street**
    **Minneapolis, MN 55402**
18  **FAX (612) 215-6870**

19

20

21

22

23

24

25

26

27

28

REDACTED

_____

CONSENT AND DECLARATION