1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
6  (**pro hac vice** application pending)
   NICHOLS KASTER & ANDERSON, PLLP
7  4600 IDS Center
   80 S. 8th Street
8  Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12  Shanan Calhoun and James Mulderig,
    individually, on behalf of others similarly
13  situated, and on behalf of the general          Case No: 3:07-cv-5326-MHP
    public,
14                                                   **NOTICE OF CONSENT FILING**
                              Plaintiffs,
15
         vs.
16
    Fastenal Company, and DOES 1-50,
17  inclusive,

18                            Defendants.

19

20
         PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
21
    attached Consent Form(s) for the following person(s):
22
    Case          Randall
23

24

25

26

27

28

1

2
Dated:  December 21, 2007

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

3

1

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

2

3

I hereby certify that on December 21, 2007, I caused the following document(s):

4

**Notice of Consent Filing**

5

6

to be served via ECF to the following:

7

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

8

9

10

Dated: December 21, 2007

11

s/Matthew C. Helland

12

13

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

14

15

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

16

17

18

19

20

21

ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

3

1

## CONSENT FORM AND DECLARATION

2

3

4

5

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

6

Approximate Dates of Employment  6/2003  to  6/2005

7

8

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

9

10

_Randall Case_____ 12/17/07_____

Signature                                         Date

11

_Randall Case_____

12

Print Name

13

REDACTED

14

15

**Fax or Mail To:**

16

**Dan Wozniak**
**Nichols Kaster & Anderson, PLLP**

17

**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**

18

**FAX (612) 215-6870**

19

20

21

22

23

24

25

26

27

28