1  OGLETREE DEAKINS NASH SMOAK &
   STEWART, P.C.
2  LORI A. BOWMAN, State Bar No. 114664
   lori.bowman@ogletreedeakins.com
3  LESLIE E. WALLIS, State Bar No. 128435
   leslie.wallis@ogletreedeakins.com
4  633 West 5th Street, 53rd Floor
   Los Angeles, CA 90071
5  Telephone: (213) 239-9800
   Facsimile: (213) 239-9045
6
                IN THE UNITED STATES DISTRICT COURT
7               NORTHERN DISTRICT OF CALIFORNIA

8  Shanan Calhoun, James Mulderig, and          Case No. C 07-05326 MHP
   Daniel Wille individually, on behalf of
9  others similarly situated, and on behalf of
   the general public,
10                                               STIPULATION TO ACCEPT SERVICE
                        Plaintiffs,              ON BEHALF OF DEFENDANT
11                                               FASTENAL COMPANY

12     vs.

13 Fastenal Company, and DOES 1-50,
   inclusive,
14
                        Defendants.
15

16

17              **STIPULATION TO ACCEPT SERVICE**

18      WHEREAS, on November 19, 2007, Plaintiffs and Defendant, Fastenal Company,

19 entered into a Stipulation and Order for Extension of Time to Respond to Complaint; and

20      WHEREAS, on December 13, 2007, Plaintiffs' counsel contacted Leslie Wallis of

21 Ogletree Deakins Nash Smoak & Stewart, P.C. regarding accepting service of documents on

22 behalf of Fastenal Company;

23      NOW, THEREFORE, Ogletree Deakins Nash Smoak & Stewart, P.C. agrees to accept

24 service of Plaintiffs' First Amended Complaint on behalf of Fastenal Company. This stipulation

25 is not a waiver of service. Defendant's Answer to Plaintiffs' First Amended Complaint will be

26 due January 7, 2007, twenty (20) days after the date of service of the First Amended Complaint.

27

28

| | | |
|---|---|---|
| 1 | DATED: December 19, 2007 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

By: _____
Lori A. Bowman
Leslie E. Wallis
Attorneys for Defendant
FASTENAL COMPANY

IT IS SO ORDERED:

DATED: 12/21/2007

By: _____

**IT IS SO ORDERED**

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-