UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shanan Calhoun, et al.,

            CASE NO. 3:07-CV-5326 MHP

    Plaintiff(s),

  v.            STIPULATION AND [PROPOSED]
Fastenal Company, et al,      ORDER SELECTING ADR PROCESS

    Defendant(s).
_____/

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)   (ADR L.R. 5)
  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

  **Private Process:**
  ✓  Private ADR *(please identify process and provider)* The parties intend to seek
resolution through mediation. The parties are still discussing the provider of such services and will advise the court when such selection has been made.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓  other requested deadline  30 days following completion of disovery.


Dated: 1/10/2008              Paul J. Lukas
                       Attorney for Plaintiff


Dated: 1/10/2008              Leslie E. Wallis
                       Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other   30 days after discovery de__.

IT IS SO ORDERED.

Dated:_____                              _____

                                                      UNITED STATES MAGISTRATE JUDGE