1    Matthew C. Helland, CA State Bar No. 250451
     Helland@nka.com
2    NICHOLS KASTER & ANDERSON, LLP
     One Embarcadero Center, Ste. 720
3    San Francisco, CA 94111

4    Donald H. Nichols, MN State Bar No. 78918
     Nichols@nka.com
5    (**pro hac vice** application pending)
     Paul J. Lukas, MN State Bar No. 22084X
6    Lukas@nka.com
     (**pro hac vice** application pending)
7    NICHOLS KASTER & ANDERSON, PLLP
     4600 IDS Center
     80 S. 8th Street
8    Minneapolis, MN 55402

9    ATTORNEYS FOR PLAINTIFFS

10                **IN THE UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
11

12   Shanan Calhoun and James Mulderig,
     individually, on behalf of others similarly
13   situated, and on behalf of the general          Case No: 3:07-cv-5326-MHP
     public,
                                                      **NOTICE OF CONSENT FILING**
14                                 Plaintiffs,

15        vs.

16   Fastenal Company, and DOES 1-50,
     inclusive,
17

18                                 Defendants.

19

20        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

21   attached Consent Form(s) for the following person(s):

22
     Beltram        Thomas
23

24

25

26

27

28

―――――――――――――――――――――――――――――――――
                        NOTICE OF CONSENT FILING

1    Dated:  January 15, 2008                    s/Matthew C. Helland

2                                                **NICHOLS KASTER & ANDERSON, LLP**
                                                 Matthew C. Helland, CA State Bar No. 250451
3                                                Helland@nka.com
                                                 One Embarcadero Center
4                                                Ste. 720
                                                 San Francisco, CA 94111
5
                                                 Donald H. Nichols, MN State Bar No. 78918
6                                                Nichols@nka.com
                                                 (**pro hac vice** application pending)
7                                                Paul J. Lukas, MN State Bar No. 22084X
                                                 Lukas@nka.com
8                                                (**pro hac vice** application pending)
                                                 **NICHOLS KASTER & ANDERSON, PLLP**
9                                                4600 IDS Center
                                                 80 S. 8th Street
10                                               Minneapolis, MN 55402

11                                               ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

1

2

### CERTIFICATE OF SERVICE
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.**  3:07-cv-5326-MHP

3

I hereby certify that on January 15, 2008, I caused the following document(s):

4

**Notice of Consent Filing**

5

to be served via ECF to the following:

6

7

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

8

9

10

Dated:  January 15, 2008

11

s/Matthew C. Helland

12

13

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

14

15

16

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

17

18

19

20

21

ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

3

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment ___Aug. 05___ to ___JULY 07___

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Thomas A. Beltram (1-15-08)_
Signature                              Date

_THOMAS A. BELTRAM_

REDACTED

**Fax or Mail To:**

**Dan Wozniak**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION