NICHOLS KASTER & ANDERSON, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  (612) 256-3200
Facsimile:  (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANAN CALHOUN, JAMES MULDERIG, and DANIEL WILLE individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No:  3:07-CV-5326 MHP |

**<u>Certificate of Interested Entities or Persons</u>**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent

corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

At this time, no additional interested parties are known to Plaintiffs apart from the current and potential additional "opt-in" Plaintiffs under the FLSA.

Dated: January 17, 2008.          s/David C. Zoeller

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
* admitted *pro hac vice*

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Hallend, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

ATTORNEYS FOR PLAINTIFFS

-2-

# **PROOF OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

I am a resident of the State of Minnesota, over the age of eighteen years, and not a party to the within action. My business address is Nichols Kaster & Anderson, PLLP, 4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402.

On January 17, 2008, I served the within document(s):

**Certificate of Interested Entities or Persons**

on the person(s) at the address(es) listed below:

**SEE ATTACHED SERVICE LIST**

|   |   |
|---|---|
|   | *__VIA U.S. MAIL:__* By placing the document(s) listed in a sealed envelope(s) with postage thereon fully prepaid in the United States mail at San Francisco, California, addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit. |
|   | *__VIA FACSIMILE.__* I sent such document(s) by facsimile transmission on ___. I certify that said transmission(s) was/were completed, that all pages were received, and that a confirmation report was generated by facsimile machine phone number (415) 277-7238 |
|   | *__VIA PERSONAL DELIVERY.__* By causing delivery of the document(s) by way of Ace Messenger Service |
| X | *__VIA E-MAIL.__* I e-mailed the document(s) to all interested parties in this matter in the ordinary course of business on the date indicated herein. |
|   | *__VIA FEDERAL EXPRESS.__* I am readily familiar with the practice of this office for collection and processing of correspondence fro next business day delivery by FedEx, and said correspondent is deposited with FedEx on this date in the ordinary course of the business. |

-3-

I declare under penalty of perjury under the laws of the State of Minnesota that the above is true and correct. Executed this 17th day of January, 2008, at Minneapolis, Minnesota.

                                        s/David C. Zoeller
                                        David C. Zoeller

## **SERVICE LIST**

Leslie Wallis
Lori A. Bowman
Ogletree Deakins Nash Smoak & Stewart, P.C.
633 West 5th Street, 53rd Floor
Los Angeles, CA 90071

Attorneys for Defendant