1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANAN CALHOUN and JAMES MULDERIG, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:07-CV-5326 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

CASE NO. 3:07-CV-5326 MHP
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1     A. Craig Cleland, an active member in good standing of the bar of Georgia,
2 whose business address and telephone is Ogletree, Deakins, Nash, Smoak & Stewart,
3 P.C., Bank of America Plaza, 600 Peachtree St., NE, Ste 2100, Atlanta, GA 30308,
4 having applied in the above-entitled action for permission to practice in the Northern
5 District of California on a *pro hac vice* basis, representing Defendant.
6     IT IS HEREBY ORDERED THAT the application is granted, subject to the
7 terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must
8 indicate appearance *pro hac vice*. Service of papers upon and communication with
9 co-counsel designated in the application will constitute notice to the party. All future
10 filing in this action are subject to the requirements contained in General Order No.
11 45, *Electronic Case Filing*.
12     I declare under penalty of perjury that the foregoing is true and correct.
13 DATED: 1/17/08           By: _____
14                                  Hon. Marilyn Patel
15                                  United States Judge