1 LORI A. BOWMAN, State Bar No. 114664
lori.bowman@ogletreedeakins.com
2 LESLIE E. WALLIS, State Bar No. 128435
leslie.wallis@ogletreedeakins.com
3 OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4 633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
5 Telephone:  (213) 239-9800
Facsimile:   (213) 239-9045
6
7 Attorneys for Defendant
FASTENAL COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANAN CALHOUN and JAMES MULDERIG, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>  Plaintiffs,<br><br>  v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 3:07-CV-5326 MHP<br><br>**CERTIFICATE OF INTERESTED PARTIES IN COMPLIANCE WITH FRCP 7.1 AND LOCAL RULE 3-16.** |

1  **TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL**
2  **DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEYS OF**
3  **RECORD**:

4  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant Fastenal Company ("Defendant"), certifies that no party (or parties) other than the named Defendant has a direct, pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

DATED: January 18, 2008                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Lori A. Bowman
         Lori A. Bowman
Attorneys for Defendant FASTENAL COMPANY