NICHOLS KASTER & ANDERSON, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANAN CALHOUN, JAMES MULDERIG, and DANIEL WILLE individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-CV-5326 MHP<br><br>PLAINTIFFS' RULE 26(A)(1) INITIAL DISCLOSURES |

Plaintiffs make the following disclosures in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

A. **Individuals Likely to Have Discoverable Information.**

The following Plaintiffs have joined this lawsuit and have discoverable information concerning their job duties as assistant general managers, the amount of hours they worked on a weekly basis, and the amount of time per week for which such work not compensated:

| Last Name | First Name | Address1 | City | State | Zip | HomePhone |
|---|---|---|---|---|---|---|
| Beebe | Robert | 406 Sciota St., PO Box 552 | Laingsburg | MI | 48848 | 517-881-6232 |
| Boyd | Philip | 9490 SW 146th Ter. | Beaverton | OR | 97007 | 503-467-9687 |
| Brown | Thomas | 117 W. Adams St. | Jackson | MO | 63755 | 573-837-3623 |
| Bush | Jeff | 316 William St. | Mile City | MT | 59301 | 406-951-3558 |
| Cain | Cory | 6402 Lake Springs Way | Acworth | GA | 30102 | 404-405-8154 |
| Calhoun | Shanan | 640 Del Mar Drive | Bakersfield | CA | 93307 | 661-857-9173 |
| Case | Randal | 100 Fowler Ave. Apt. 105 | Clovis | CA | 93611 | 559-994-3149 |
| Chapman | Deron | 1 Heather Lane | Milton | WV | 25541 | 304-743-4024 |
| Cogeshall | Ashley | 66 Perrin Ave. | Seekonk | MA | 2771 | 508-243-9490 |
| Craig | Charles | 18022 Oakdale Rd. | Athens | AL | 35613 | 256-874-5539 |
| Crooker | James | 3 Valeri Dr. | Saugus | MA | 1906 | 781-233-5535 |
| Dahms | Travis | 103 S. Line Street | South Whirley | IN | 46787 | 260-723-4915 |
| Dziura | Brian | 6350 Old Townpoint Rd. | Suffolk | VA | 23435 | 757-618-5054 |
| Evans | Tonya | 7215 Akers Rd. | Bakersfield | CA | 93313 | 661-834-6203 |
| Fisher | Bart | 268 Wentz St. | Tiffin | OH | 44883 | 419-618-7437 |
| Garcia | Richard | 2540 North Hill | Selma | CA | 93662 | 559-906-1484 |
| Gish | Nicholas | 330 Green Jade States Drive | Senton | MO | 63026 | 314-352-5411 |
| Harrison | Trisha | 2603 Arlington Ave. | Torrance | CA | 90501 | 310-462-3206 |
| Hartley | Brian | 4765 Duskywing Rd. | Hemet | CA | 92545 | 951-326-4664 |
| Hartman | Mark | 286 Chardonnay Trace | Braselton | GA | 30517 | 678-431-9626 |
| Henderson | John | 4840 Chapel Hill Rd. | Douglasville | GA | 30135 | 770-394-3743 |
| James | Eric | 1700 N. Tully Rd., #C114 | Turlock | CA | 95380 | 510-589-9552 |
| Kappeler | Martin | 516 Gondert Ave. | Dayton | OH | 45403 | 937-239-1555 |
| Keyser | Joshua | 614 Ledyard St. | Plymouth | MN | 46563 | 574-935-5295 |
| Kissee | Justin | 4556 Fourth Avenue | St. Augustine | FL | 32095 | 904-864-7388 |
| Klisurich | Anthony | 820 Elbridge Dr. | Raleigh | NC | 27603 | 919-796-6164 |
| Kreefer | Stewart | 445 NE Fargo Street | Portland | OR | 97212 | 503-260-6686 |
| Kulawiak | Edward | 73-1141 Kahuna A O' Road | Kailua-Kona | HI | 96740 | 808-325-2550 |
| McElroy | Keith | 854 E. Rockwell Dr. | Chandler | AZ | 85225 | 480-699-5658 |
| Merenda | Daniel | 469 Hollins Rd. | Wilmington | NC | 28412 | 910-431-5314 |
| Mulderig | Jim | 133 S. Cameron Ave. | Scranton | PA | 18504 | 570-496-4870 |
| Nicolas | Paul | 1058 S. Winchester Blvd. #4 | San Jose | CA | 95128 | 408-423-8803 |
| Nuzzi | Adam | 212 N. Bancroft Pkwy | Wilmington | DE | 19805 | 302-427-3934 |
| Oliver | Francisco | 1961 Main Street | Watsonville | CA | 95076 | 831-540-9879 |
| Peery | Brian | 524 James St. | Talent | OR | 97540 | 541-535-9369 |
| Pelak | Jason | 8525 Red Shank Lane | Ft. Wayne | IN | 46825 | 260-704-3011 |
| Pritchett | Fred | 1061 Lucas Lane | Cleveland | NC | 27013 | 336-260-7616 |
| Pursel | Michael | 527 N. Main St. | Estacada | OR | 97023 | 503-630-4671 |
| Putman | Ashley | 2933 Albright Commons | Kennesaw | GA | 30144 | 770-301-5980 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rivero | Vince J. | 648 Teal Pl. | Manteca | CA | 95336 | 209-824-0638 |
| Roberts | Rachael | 2121 W Palmyra Ave. Apt. B | Orange | CA | 92868 | 714-602-1940 |
| Robinson | William | 6932 Carmalee Lane | Fresno | CA | 93727 | 559-269-9052 |
| Ruiz | Jorge | 372 Cardona Cir. | San Ramon | CA | 94583 | 925-998-3973 |
| Scott | Sean | 224 Green St. | Tamaqua | PA | 18252 | 570-668-4196 |
| Silva | Amber | 1099 Sylmar Ave. | Clovis | CA | 93612 | 559-999-7272 |
| Simon | John | 110 Raymond Rd. | Leechburg | PA | 15656 | 724-448-9583 |
| Speer | Ricky | 1321 Middlesex Drive | New Port Richey | FL | 34655 | 727-375-5876 |
| Springgate | Jeffrey | 2750 Via Corza | Camarillo | CA | 93010 | 805-550-8475 |
| Triplett | Kenneth | 127 Cherry St. | Barnesville | OH | 43713 | 740-238-0631 |
| Tucker | Cheryl | 17981 Reed | Melvindale | MI | 48122 | 313-551-3390 |
| Tully | Sean | 6031 Apache Rd. | Westminster | CA | 92683 | 714-458-8058 |
| Waterstraat | Katherine | 46041 Rd. 415, #101 | Coarsegold | CA | 93614 | 559-692-2969 |
| Wegar | Micah | 553 Arballo Dr. | San Francisco | CA | 94123 | 415-574-1090 |
| Wille | Daniel | 65488 E. Timberline Drive | Rhododendron | OR | 97049 | 503-936-3484 |

Plaintiffs' co-workers, general managers, and district managers may have knowledge and information regarding Plaintiffs' job duties and responsibilities, the number of hours worked per week by Plaintiffs and the amount of time Plaintiffs worked without being compensated. Defendant is in possession of the identity and contact information for all of these persons.

**B.    Documents of Tangible Items and Things.**

Plaintiffs believe that Defendants possess most of these documents. Plaintiffs have in their possession, however, certain documents relating to their employment as assistant general managers for Defendants. Such documents include W2 Forms and pay stubs.

**C.    Computation of Damages.**

Plaintiffs are entitled to judgment against Defendants for an amount equal to Plaintiffs' unpaid back wages at either their regular rate or the applicable overtime rate, an equal amount as liquidated damages, and all costs and attorneys' fees incurred pursuant to this claim. Plaintiffs who worked for Defendants and reside in California, Oregon, and Pennsylvania are also entitled to certain statutory remedies afforded by state law that supplement and do not replace Plaintiffs' FLSA claims for overtime compensation. Defendants are in possession of most documents relating to damages and necessary for Plaintiffs to accurately calculate their damages. Plaintiffs will produce, however, any documents in their possession relating to damages.

D. **Insurance Agreements.**

Unknown.

Dated: January 11, 2008.

*[signature]*

**NICHOLS KASTER & ANDERSON, PLLP**
Donald H. Nichols, MN State Bar No. 78918*
Nichols@nka.com
Paul J. Lukas, MN State Bar No. 22084X*
Lukas@nka.com
David C. Zoeller, MN State Bar No. 0387885*
Zoeller@nka.com
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
* admitted *pro hac vice*

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Hallend, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

ATTORNEYS FOR PLAINTIFFS