**CIVIL MINUTES**

**Judge MARILYN HALL PATEL**

Date: **January 28, 2008**

**C - 07    - 5326   - MHP**

  Shanan Calhoun et al                              v    Festanal Company

Attorneys:    Paul Lucas                                    Leslie Watts, Lori Bowman

                                                             Craig Cleland

Deputy Clerk: **TRACY LUCERO**              Reporter:    **JAMES YEOMANS**

**PROCEEDINGS:**                                                                                                 **RULING:**

1. _____

2. _____

3. _____

4. _____

   ( ) Status Conference     ( ) P/T Conference    (X) Case Management Conference

**ORDERED AFTER HEARING:**

Parties to submit stipulation w/class notice by 2/29/08; Deadline to opt in is 4/15/08.

_____

( ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court_____

( ) Referred to Magistrate For:_____
            ( )By Court
( X) CASE CONTINUED TO  7/28/08 at 2:00 p.m.    for  Preliminary Approval Hearing
                                                         Or Scheduling Conference

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court
Notes: _____
_____