1    Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
2    NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
3    San Francisco, CA 94111

4    Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
5    (**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
6    Lukas@nka.com
(**pro hac vice** application pending)
7    NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
8    80 S. 8th Street
Minneapolis, MN 55402

9    ATTORNEYS FOR PLAINTIFFS

10                **IN THE UNITED STATES DISTRICT COURT**
11                **NORTHERN DISTRICT OF CALIFORNIA**

12    Shanan Calhoun and James Mulderig,
individually, on behalf of others similarly
13    situated, and on behalf of the general          Case No:  3:07-cv-5326-MHP
public,
14                                                    **NOTICE OF CONSENT FILING**
                                Plaintiffs,
15
        vs.
16
Fastenal Company, and DOES 1-50,
17    inclusive,
18                                Defendants.
19
20        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
21
attached Consent Form(s) for the following person(s):
22
23    Bradley        Paul
24
25
26
27
28

1    Dated:  February 1, 2008                s/Matthew C. Helland

2                                            **NICHOLS KASTER & ANDERSON, LLP**
                                             Matthew C. Helland, CA State Bar No. 250451
3                                            Helland@nka.com
                                             One Embarcadero Center
4                                            Ste. 720
                                             San Francisco, CA 94111

5                                            Donald H. Nichols, MN State Bar No. 78918
6                                            Nichols@nka.com
                                             (**pro hac vice** application pending)
7                                            Paul J. Lukas, MN State Bar No. 22084X
                                             Lukas@nka.com
8                                            (**pro hac vice** application pending)
                                             **NICHOLS KASTER & ANDERSON, PLLP**
9                                            4600 IDS Center
                                             80 S. 8th Street
10                                           Minneapolis, MN 55402

11                                           ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

1

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
2                          **Case No.** 3:07-cv-5326-MHP

3

I hereby certify that on February 1, 2008, I caused the following document(s):
4

**Notice of Consent Filing**
5

6       to be served via ECF to the following:

7       Fastenal Company
        C/O: National Registered Agents, Inc.
8       2030 Main Street, Suite 1030
        Irvine, CA 92614
9

10      Dated:  February 1, 2008

                                    s/Matthew C. Helland
11

12                                  **NICHOLS KASTER & ANDERSON, LLP**
                                    Matthew C. Helland, CA State Bar No. 250451
13                                  Helland@nka.com
                                    One Embarcadero Center
14                                  Ste. 720
                                    San Francisco, CA 94111
15
                                    Donald H. Nichols, MN State Bar No. 78918
16                                  Nichols@nka.com
                                    (**pro hac vice** application pending)
17                                  Paul J. Lukas, MN State Bar No. 22084X
                                    Lukas@nka.com
18                                  (**pro hac vice** application pending)
                                    **NICHOLS KASTER & ANDERSON, PLLP**
19                                  4600 IDS Center
                                    80 S. 8th Street
20                                  Minneapolis, MN 55402

21                                  ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28



**CONSENT FORM AND DECLARATION**

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment 6/2002 to 11/2005

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____    2-7-08
Signature                          Date

Paul E. Bradley
Print Name

REDACTED

**Fax or Mail To:**

Dan Wozniak
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION