1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (**pro hac vice** application pending)
7  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
8  80 S. 8th Street
   Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10                  IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11

| Shanan Calhoun and James Mulderig, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No: 3:07-cv-5326-MHP |
|---|---|
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| vs. | |
| Fastenal Company, and DOES 1-50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Kidwell       Ronald

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | Dated: February 8, 2008 | s/Matthew C. Helland |

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
Case No. 3:07-cv-5326-MHP

I hereby certify that on February 8, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: February 8, 2008

s/Matthew C. Helland

---

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

1
## CONSENT FORM AND DECLARATION

2
I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  9-06  to  4-07

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Ronald W Kidwell    02-01-08
Signature                  Date

Ronald W Kidwell
Print Name

REDACTED

Fax or Mail To:

Dan Wozniak
Nichols Kaster & Anderson
4600 IDS Center, 80 S. 8th S[t]
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION