1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (**pro hac vice** application pending)
7  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
8  80 S. 8th Street
   Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12 Shanan Calhoun, James Mulderig, Daniel
   Willie, individually, on behalf of others
13 similarly situated, and on behalf of the          Case No:  3:07-cv-5326-MHP
   general public,
14                                                    **NOTICE OF CONSENT FILING**
                             Plaintiffs,
15
        vs.
16
   Fastenal Company, and DOES 1-50,
17 inclusive,

18                           Defendants.

19

20       PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

21 attached Consent Form(s) for the following person(s):

22
   Deebel      Carol
23 Ramaker      Cory

24

25

26

27

28

1

2    Dated:  February 11, 2008                    s/Matthew C. Helland

3                                                **NICHOLS KASTER & ANDERSON, LLP**
                                                 Matthew C. Helland, CA State Bar No. 250451
                                                 Helland@nka.com
4                                                One Embarcadero Center
                                                 Ste. 720
5                                                San Francisco, CA 94111

6                                                Donald H. Nichols, MN State Bar No. 78918
                                                 Nichols@nka.com
7                                                (**pro hac vice** application pending)
                                                 Paul J. Lukas, MN State Bar No. 22084X
                                                 Lukas@nka.com
8                                                (**pro hac vice** application pending)
                                                 **NICHOLS KASTER & ANDERSON, PLLP**
9                                                4600 IDS Center
                                                 80 S. 8th Street
10                                               Minneapolis, MN 55402

11
                                                 ATTORNEYS FOR PLAINTIFFS
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                       3

1

2

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

3

4

I hereby certify that on February 11, 2008, I caused the following document(s):

5

**Notice of Consent Filing**

6

to be served via ECF to the following:

7

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

8

9

10

Dated:  February 11, 2008

s/Matthew C. Helland

11

12

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

13

14

15

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

16

17

18

19

20

ATTORNEYS FOR PLAINTIFFS

21

22

23

24

25

26

27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment _11/04_ to _10/31/06_

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Carl Deebel_
Signature                                    Date

_Carol Deebel_
Print Name

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

REDACTED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment _11/1/2004_ to _2/28/06_

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____    2/8/08
Signature                          Date

_Cory Ramaker_
Print Name

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION