1 | Counsel on next page

2

3

4

5

6 | **IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

7

8 | SHANAN CALHOUN, JAMES MULDERIG, and DANIEL WILLE individually, on behalf of others similarly situated, and on behalf of the general public,

Plaintiffs,

v.

FASTENAL COMPANY, and DOES 1-50, inclusive,

Defendants.

Case No: 3:07-CV-5326 MHP

**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONDITIONAL CLASS CERTIFICATION AND COURT-AUTHORIZED NOTICE**

NICHOLS KASTER & ANDERSON, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

LORI A. BOWMAN, State Bar No. 114664
lori.bowman@ogletreedeakins.com
LESLIE E. WALLIS, State Bar No. 128435
leslie.wallis@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:    (213) 239-9800
Facsimile:    (213) 239-9045

A. CRAIG CLELAND
craig.cleland@ogletreedeakins.com
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree St., NE, Suite 2100
Atlanta, GA 30308

Attorneys for Defendant
FASTENAL COMPANY

JOINT STIPULATION AND PROPOSED ORDER FOR
CONDITIONAL CLASS CERTIFICATION AND JUDICIAL NOTICE

Case No: 3:07-CV-5326 MHP

The parties by and through their counsel of record submit this Stipulation and Joint Proposed Order for Conditional Class Certification and Court-Authorized Notice.

WHEREAS, the parties held telephone conferences on January 11, 2008 and on January 25, 2008 and conferred in person on January 28, 2008, during which the parties agreed to conditionally certify this case and send court-approved notice to be issued to the allegedly similarly situated class members, subject to the terms described in the Order below:

**IT IS HEREBY ORDERED THAT**:

1. This case is conditionally certified as a collective action under 29 U.S.C. § 216(b) of the Fair Labor Standards Act.

2. The Court shall authorize and approve judicial notice to potential opt-ins to inform them of the action and to give them an opportunity to join this action as a party plaintiff by opting in. The Notice shall be mailed on or before **February 29, 2008**. The form of the Notice of Pendency of Lawsuit ("Notice") and Plaintiff Consent Form shall be the same as those attached as Exhibit A.

3. Plaintiffs' counsel, Nichols Kaster & Anderson, PLLP, in Minneapolis, Minnesota shall mail, via first-class U.S. Mail, the Notice once and shall bear the costs of the mailing.

4. Defendants shall provide Plaintiffs' counsel with a list, in electronic format, (i.e., Microsoft Excel (.xls), or Symbolic Link (SYLK(.slk)), of all persons employed by Fastenal Company as an Assistant General Manager (also know as Assistant Manager) at any Fastenal location from **February 29, 2005**, **to present**, including their name, most recent known address, most recent known telephone number (if available), dates of employment as an assistant general manager, locations of employment (with store codes), and the last four digits of their social security number or their dates of birth, on or before **February 19, 2008.**

5. There shall be a 75-day notice period for opting into this lawsuit. Plaintiffs' counsel shall mail one reminder mailing during this 75-day notice period. Plaintiff Consent Forms post-marked after **May 14, 2008**, are not timely, and the individuals sending such untimely consents shall not be eligible to join this lawsuit.

-3-

6. The parties may conduct limited class and merits discovery during the notice period, including Rule 30(b)(6) depositions, named Plaintiffs and opt-in depositions, rolling document production of payroll and other documents, and other discovery as agreed upon by the parties.

7. The parties agree to attend private Mediation before a mutually agreed-upon mediator on or before **August 15, 2008**.

8. If issues regarding discovery or the issuance of this notice arise, and the parties are unable to reach agreement on those issues, the parties will return to the Court for guidance in compliance with Civ. LR 37-1(a) and (b).

9. The parties will return to court on **August 28, 2008**. If the case is settled, the parties will timely file a joint motion for preliminary approval of the settlement for consideration at the hearing. If the case is not settled, the parties will timely file an Amended Case Management Report prior to the hearing.

DATED: February 13, 2008       NICHOLS KASTER & ANDERSON, PLLP
                               s/Paul J. Lukas
                               
                                     Paul J. Lukas
                                     Donald H. Nichols
                                     David C. Zoeller

                               Attorneys for Individual and Representative Plaintiffs

DATED: February 13, 2008       OGLETREE, DEAKINS, NASH, SMOAK &
                                  STEWART, P.C.
                               s/Leslie E. Wallis
                               
                                     Lori A. Bowman
                                     Leslie E. Wallis

                               Attorneys for Defendant
                               FASTENAL COMPANY

**IT IS SO ORDERED.**

Dated: 

                                                 The Hon. Marilyn Hall Patel
                                                 U.S. District Court Judge

-4-