1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
6  (**pro hac vice** application pending)
   NICHOLS KASTER & ANDERSON, PLLP
7  4600 IDS Center
   80 S. 8th Street
8  Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10               IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11

12 | Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public, | |
13 | | Case No: 3:07-cv-5326-MHP |
14 | Plaintiffs, | **NOTICE OF CONSENT FILING** |
15 | vs. | |
16 | Fastenal Company, and DOES 1-50, inclusive, | |
17 | | |
18 | Defendants. | |

   PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

   Harrison-Neese    Trisha
   Ross              Andrew

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 13, 2008 | s/Matthew C. Helland |
| 3 | | **NICHOLS KASTER & ANDERSON, LLP** |
| | | Matthew C. Helland, CA State Bar No. 250451 |
| 4 | | Helland@nka.com |
| | | One Embarcadero Center |
| 5 | | Ste. 720 |
| | | San Francisco, CA 94111 |
| 6 | | Donald H. Nichols, MN State Bar No. 78918 |
| | | Nichols@nka.com |
| 7 | | (**pro hac vice** application pending) |
| | | Paul J. Lukas, MN State Bar No. 22084X |
| 8 | | Lukas@nka.com |
| | | (**pro hac vice** application pending) |
| 9 | | **NICHOLS KASTER & ANDERSON, PLLP** |
| | | 4600 IDS Center |
| 10 | | 80 S. 8th Street |
| | | Minneapolis, MN 55402 |
| 11 | | |
| 12 | | ATTORNEYS FOR PLAINTIFFS |

3

NOTICE OF CONSENT FILING

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
Case No. 3:07-cv-5326-MHP

I hereby certify that on February 13, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: February 13, 2008

s/Matthew C. Helland

---

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

NOTICE OF CONSENT FILING

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment 08/2006 to 05/11/2007

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  11/12/07
Signature                   Date

Trisha Sue Harrison-NEESE
Print Name

REDACTED

Fax or M[REDACTED]

Dan Woz[REDACTED]
Nichols K[REDACTED]
4600 IDS [REDACTED]
Minneap[REDACTED]
FAX (612[REDACTED]

REDACTED

REDACTED

# CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment Dec 2, 2006 to June 15, 2007

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____   02/13/08
Signature                 Date

ANDREW BOSS
Print Name

REDACTED

Fax or Mail To:

Dan Wozniak
Nichols Kaster & Anderson,
4600 IDS Center, 80 S. 8th Str
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION