1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (**pro hac vice** application pending)
7  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
8  80 S. 8th Street
   Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10            IN THE UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA

12  Shanan Calhoun, James Mulderig, Daniel
    Wille, individually, on behalf of others
13  similarly situated, and on behalf of the      Case No:  3:07-cv-5326-MHP
    general public,
14                                                **NOTICE OF CONSENT FILING**
                        Plaintiffs,
15
        vs.
16
    Fastenal Company, and DOES 1-50,
17  inclusive,

18                      Defendants.

19

20        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

21  attached Consent Form(s) for the following person(s):
22
23  Nigro   Vincent

24

25

26

27

28

────────────────────────────────
NOTICE OF CONSENT FILING

1    Dated:  February 19, 2008              s/Matthew C. Helland

2                                           **NICHOLS KASTER & ANDERSON, LLP**
                                            Matthew C. Helland, CA State Bar No. 250451
3                                           Helland@nka.com
                                            One Embarcadero Center
4                                           Ste. 720
                                            San Francisco, CA 94111

5                                           Donald H. Nichols, MN State Bar No. 78918
6                                           Nichols@nka.com
                                            (**pro hac vice** application pending)
7                                           Paul J. Lukas, MN State Bar No. 22084X
                                            Lukas@nka.com
8                                           (**pro hac vice** application pending)
                                            **NICHOLS KASTER & ANDERSON, PLLP**
9                                           4600 IDS Center
                                            80 S. 8th Street
10                                          Minneapolis, MN 55402

11                                          ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

1

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

2

3

I hereby certify that on February 19, 2008, I caused the following document(s):

4

**Notice of Consent Filing**

5

6

to be served via ECF to the following:

7

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

8

9

10

Dated:  February 19, 2008

s/Matthew C. Helland

11

12

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

13

14

15

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

16

17

18

19

20

21

ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

3

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment ___06/03___ to ___Current___

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____     ___2/10/08___
Signature                                        Date

___Vincent Nigro___
Print Name

___111 Yucca ct___
Address (with apartment number if applicable)

___Fremont, CA, 94538___

**Fax or Mail To:**

**Dan Wozniak**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED

CONSENT AND DECLARATION