**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANAN CALHOUN, JAMES MULDERIG, and DANIEL WILLE individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>      Plaintiffs,<br><br>v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>      Defendants. | Case No: 3:07-CV-5326 MHP<br><br>**NOTICE OF PENDENCY OF LAWSUIT** |

TO:  ALL ASSISTANT GENERAL MANAGERS EMPLOYED BY FASTENAL COMPANY FROM FEBRUARY 29, 2005 TO PRESENT.

RE:  FAIR LABOR STANDARDS ACT OVERTIME LAWSUIT FILED AGAINST FASTENAL COMPANY.

## INTRODUCTION

The purpose of this notice is to inform you of a collective action lawsuit in which you are potentially "similarly situated" to the named Plaintiffs, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for joining this lawsuit as a plaintiff, should you choose to do so.

## DESCRIPTION OF THE LAWSUIT

In October 2007, the above-named Plaintiffs brought this lawsuit against Defendant Fastenal Company on behalf of themselves and all other individuals who worked as Assistant General Managers (also known as "Assistant Managers") during the past three years. Specifically, the action alleges that these individuals were misclassified as "exempt" employees and therefore are owed overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., for hours worked in excess of forty (40) per work week.

Fastenal Company denies any wrongdoing or liability and contests all claims that have been asserted. Specifically, Defendant claims that Plaintiffs and all other Assistant General Managers were properly classified as "exempt" employees and therefore are not owed overtime pay under the FLSA.

## YOUR RIGHT TO JOIN THIS ACTION AS A PARTY PLAINTIFF

The named Plaintiffs were employed by Fastenal Company as Assistant General Managers. They seek to sue on behalf of themselves and other employees to whom they are similarly situated. Specifically, they seek to sue on behalf of any and all individuals:

(a)  who have been employed by Fastenal Company as Assistant General Managers in any of its stores, from February 29, 2005 to the present; and

(b)  who were allegedly misclassified as nonexempt employees and were not paid for all hours worked in excess of 40 hours per week.

If you fit the definition above, you may choose to join this action by mailing, faxing, or emailing the attached Plaintiff Consent Form to Plaintiffs' counsel for filing with the Court:

**Nichols Kaster & Anderson**
**Donald H. Nichols, Paul J. Lukas, and David C. Zoeller**
**4600 IDS Center, 80 South Eighth Street**
**Minneapolis, Minnesota 55402**
**Toll Free Telephone: (877) 448-0492 (no faxes to this number)**
**Fax: (612) 215-6870**
**Email: lukas@nka.com**

The "Plaintiff Consent-to-Join Form" must be received on or before **May 14, 2008** for you to join this case.

### EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you join this action, you will become a party plaintiff, and you and Fastenal Company will be bound by any ruling, judgment, or settlement, whether favorable or unfavorable. If you choose not to join this suit, you will not be affected by any ruling, judgment, or settlement entered in this case, whether favorable or unfavorable, and you are free to file your own lawsuit. While this lawsuit is proceeding, you may be required to provide information, sit for depositions, testify in court, or any combination of these things.

If you file a Plaintiff Consent-to-Join Form, your continued right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" under applicable federal and state law.

### STATUTE OF LIMITATIONS

The FLSA has a maximum statute of limitations of three years. If you choose to join this action, you may be able to recover damages if you were improperly denied overtime compensation only for overtime hours worked within two, and in some cases three, years of the date your Plaintiff Consent-to-Join Form is filed with the Court. If you choose not to join in this action or choose to file your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

### YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by Plaintiffs' Counsel identified above. Plaintiffs' Counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fee. If there is a recovery, however, Plaintiffs' Counsel will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. The specific terms and conditions of representation will be contained in a separate fee agreement, which you and Plaintiffs' Counsel will enter into if you join this lawsuit.

### NO RETALIATION PERMITTED

The law prohibits Fastenal from retaliating against employees or former employees who have exercised their rights under the Fair Labor Standards Act.

**This Notice and its contents have been authorized by The Honorable Marilyn Hall Patel, Federal Judge for the U.S. District Court for the Northern District of California. The federal court has taken no position in this case regarding the merits of Plaintiffs' claims or Defendant's defenses. Do not contact the Court or the Clerk of Court about this case, and do not return signed Consent-to-Join forms to the Court or Clerk of Court.**

_____
The Honorable Marilyn H. Patel
United States District Judge

