1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (**pro hac vice** application pending)
7  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
8  80 S. 8th Street
   Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10              IN THE UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA

12  Shanan Calhoun, James Mulderig, Daniel
    Wille, individually, on behalf of others
13  similarly situated, and on behalf of the        Case No:  3:07-cv-5326-MHP
    general public,
14                                                   **NOTICE OF CONSENT FILING**
                            Plaintiffs,
15
            vs.
16
    Fastenal Company, and DOES 1-50,
17  inclusive,

18                          Defendants.

19

20          PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

21  attached Consent Form(s) for the following person(s):

22
    Steinbeck        Douglas
23

24

25

26

27

28

                            NOTICE OF CONSENT FILING

1    Dated:  February 25, 2008                    s/Matthew C. Helland

2                                                 **NICHOLS KASTER & ANDERSON, LLP**
                                                  Matthew C. Helland, CA State Bar No. 250451
3                                                 Helland@nka.com
                                                  One Embarcadero Center
4                                                 Ste. 720
                                                  San Francisco, CA 94111
5
                                                  Donald H. Nichols, MN State Bar No. 78918
6                                                 Nichols@nka.com
                                                  (**pro hac vice** application pending)
7                                                 Paul J. Lukas, MN State Bar No. 22084X
                                                  Lukas@nka.com
8                                                 (**pro hac vice** application pending)
                                                  **NICHOLS KASTER & ANDERSON, PLLP**
9                                                 4600 IDS Center
                                                  80 S. 8th Street
10                                                Minneapolis, MN 55402

11                                                ATTORNEYS FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
2                                    **Case No.** 3:07-cv-5326-MHP

3

I hereby certify that on February 25, 2008, I caused the following document(s):
4

5                                    **Notice of Consent Filing**

6  to be served via ECF to the following:

7  Fastenal Company
C/O: National Registered Agents, Inc.
8  2030 Main Street, Suite 1030
Irvine, CA 92614
9

10  Dated: February 25, 2008

                                        s/Matthew C. Helland
11

12                            **NICHOLS KASTER & ANDERSON, LLP**
                             Matthew C. Helland, CA State Bar No. 250451
13                           Helland@nka.com
                             One Embarcadero Center
14                           Ste. 720
                             San Francisco, CA 94111
15
                             Donald H. Nichols, MN State Bar No. 78918
16                           Nichols@nka.com
                             (**pro hac vice** application pending)
17                           Paul J. Lukas, MN State Bar No. 22084X
                             Lukas@nka.com
18                           (**pro hac vice** application pending)
                             **NICHOLS KASTER & ANDERSON, PLLP**
19                           4600 IDS Center
                             80 S. 8th Street
19                           Minneapolis, MN 55402

20

21                            ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

                                        3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  10/07  to  1/08

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____    2/11/08
Signature                                    Date

DOUGLAS STEINBECH
Print Name

REDACTED

**Fax or Mail To:**

**Dan Wozniak**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION