1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (**pro hac vice** application pending)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (**pro hac vice** application pending)
7  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
8  80 S. 8th Street
   Minneapolis, MN 55402

9  ATTORNEYS FOR PLAINTIFFS

10            IN THE UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA

12  Shanan Calhoun, James Mulderig, Daniel
    Wille, individually, on behalf of others
13  similarly situated, and on behalf of the        Case No:  3:07-cv-5326-MHP
    general public,
14                                                   **NOTICE OF CONSENT FILING**
                                       Plaintiffs,
15
         vs.
16
    Fastenal Company, and DOES 1-50,
17  inclusive,

18                                      Defendants.

19

20         PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
21
    attached Consent Form(s) for the following person(s):
22
    Balthrop       David
23  Bellamy        Troy
    Biggs          Justin
24  Carney         Meghan
    Crosier        Kyle
25  Dalarmi        Iran
    Hall           Allison
26  Jenks          Terrell
    Kinzy          Adam
27  Lummus         William
    Mikolajczyk    Thomas
28  Murphy         Linda

| | |
|---|---|
| Nardone | Michael |
| Nolan | Michael |
| Potter | Chad |
| Priesmeyer | Blake |
| Reiswig | Elizabeth |
| Richardson | Keith |
| Samuelson | Jason |
| Sizer | Lonnie |
| Standridge | Justin |
| Steinman | Joshua |
| Talbot | Michael |
| Thompson | Matthew |
| Vanoost | Jacob |
| Wilkinson | Donald |
| Workinger | John |

Dated: March 13, 2008

s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

3

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party
plaintiff. At some time between February 29, 2005 and the present, I worked as an
Assistant General Manager (also known as Assistant Manager) for Fastenal and did not
receive overtime compensation.

*David Balthrop*

REDACTED

3/7/08

Signature                              Date

REDACTED

Fax, Mail or Email to:      Nichols Kaster & Anderson, PLLP
                            Attn.: David Zoeller
                            4600 IDS Center, 80 South Eighth Street,
                            Minneapolis, Minnesota 55402-2242
                            Fax: (612) 215-6870
                            Toll Free Telephone: (877) 448-0492
                            Email: zoeller@nka.com
                            Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Troy Bellamy*

REDACTED

_Troy L. Bellamy_      _3-5-08_
Signature                        Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Justin Biggs*

REDACTED

Justin Chad Biggs    3/12/08
Signature            Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Meghan Carney*

REDACTED

_Meghan Carney_ 3/6/08
Signature                        Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Kyle Crosier*

REDACTED

_____    3/9/08
Signature                          Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Iran Dalarmi*

REDACTED

Signature                                    3/6/08
                                              Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com



## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Allison Hall*

REDACTED

_____ 3/10/08
Signature                    Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Terrell Jenks*

REDACTED

Terrell Jenks    3-8-08

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Adam Kinzy*

REDACTED

Adam C Kinzy     3-8-08
Signature        Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*William Lummus*

REDACTED

_____   3/8/08
Signature                          Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Thomas Mikolajczyk*

REDACTED

*Thomas Mikolajczyk*          3/12/08
Signature                                   Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Linda Murphy*

REDACTED

3.11.08

Signature                                      Date

REDACTED

Fax, Mail or Email to:      Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web:  www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Michael Nardone*

REDACTED

3-8-08
Signature                           Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

---

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

---

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Michael Nolan*

> REDACTED

*Michael Nolan*

> REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Chad Potter*

REDACTED

_____    3-7-08
Signature                   Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Blake Priesmeyer*

REDACTED

Signature                                        3/6/08
                                                 Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Elizabeth Reiswig*

REDACTED

3|10|08
Date
Signature

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Keith Richardson*

REDACTED

Signature _____  Date 3-1-0 y

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
### FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jason Samuelson*

REDACTED

_____     2/28/08
Signature                          Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Lonnie Sizer*

REDACTED

*Lonnie R Sizer*  3/6/08

Signature                    Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                            Attn.: David Zoeller
                            4600 IDS Center, 80 South Eighth Street,
                            Minneapolis, Minnesota 55402-2242
                            Fax: (612) 215-6870
                            Toll Free Telephone: (877) 448-0492
                            Email: zoeller@nka.com
                            Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Justin Standridge*

REDACTED

_____  3-9-08
Signature                        Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Joshua Steinman*

REDACTED

_____    3-10-08
Signature                          Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Michael Talbot*

REDACTED

_____   _____
Signature                 Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Matthew Thompson*

REDACTED

_____    3-10-08
Signature                              Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

---

### PLAINTIFF CONSENT-TO-JOIN FORM
### FASTENAL COMPANY

---

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jacob Vanoost*

| REDACTED |
|---|

_____    3-8-08
Signature                              Date

| REDACTED |
|---|

Fax, Mail or Email to:       Nichols Kaster & Anderson, PLLP
                             Attn.: David Zoeller
                             4600 IDS Center, 80 South Eighth Street,
                             Minneapolis, Minnesota 55402-2242
                             Fax: (612) 215-6870
                             Toll Free Telephone: (877) 448-0492
                             Email: zoeller@nka.com
                             Web:  www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Donald Wilkinson*

REDACTED

Donald Wilkinson          5-9-03
Signature                 Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*John Workinger*

REDACTED

*John R. Workinger* 2/27/08
Signature                          Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

1

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

2

3

I hereby certify that on March 13, 2008, I caused the following document(s):

4

**Notice of Consent Filing**

5

6

to be served via ECF to the following:

7

Fastenal Company
C/O: National Registered Agents, Inc.

8

2030 Main Street, Suite 1030
Irvine, CA 92614

9

10

Dated:  March 13, 2008

s/Matthew C. Helland

11

12

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com

13

One Embarcadero Center
Ste. 720

14

San Francisco, CA 94111

15

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com

16

(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X

17

Lukas@nka.com
(**pro hac vice** application pending)

18

**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street

19

Minneapolis, MN 55402

20

21

ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

3