1    Matthew C. Helland, CA State Bar No. 250451
     Helland@nka.com
2    NICHOLS KASTER & ANDERSON, LLP
     One Embarcadero Center, Ste. 720
3    San Francisco, CA 94111

4    Donald H. Nichols, MN State Bar No. 78918
     Nichols@nka.com
5    (**pro hac vice** application pending)
     Paul J. Lukas, MN State Bar No. 22084X
6    Lukas@nka.com
     (**pro hac vice** application pending)
7    NICHOLS KASTER & ANDERSON, PLLP
     4600 IDS Center
8    80 S. 8th Street
     Minneapolis, MN 55402

9    ATTORNEYS FOR PLAINTIFFS

10              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12   Shanan Calhoun, James Mulderig, Daniel
     Wille, individually, on behalf of others
13   similarly situated, and on behalf of the        Case No:  3:07-cv-5326-MHP
     general public,
14                                                    **NOTICE OF CONSENT FILING**
                                    Plaintiffs,
15
        vs.
16
     Fastenal Company, and DOES 1-50,
17   inclusive,

18                                  Defendants.

19

20         PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

21   attached Consent Form(s) for the following person(s):

22

23   Adams        Robert
     Andrews      Justin
24   Applebee     Kyle
     Bash         Aaron
25   Baxley       Joshua
     Cantey       Mark
26   Copes        Kevin
     Deal         Richard
27   Durrett      Steven
     Gerhard      Andrea
28   Farmer       William
     Harstine     David

1

| | |
|---|---|
| Gill | Kory |
| Higginbotham | Jeremy |
| Jaegel | Glen |
| Lovelady | Zachary |
| Malone | Jason |
| Marshall | Heather |
| McWhirter | Jeffrey |
| McCoy | Ashley |
| Monita | Eduardo |
| Ottinger | Bradley |
| Parsons | Robert |
| Rogers | Gary |
| Rich | Andrew |
| Simmons | Mervyn |
| Sanchez | David |
| Santiago | Todd |
| Schold | John |
| Taylor | Jay |
| Taylor | Kelly |

Dated: March 14, 2008

s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

3

1

2

3

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on March 14, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: March 14, 2008

s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application pending)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application pending)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

3

## PLAINTIFF CONSENT-TO-JOIN FORM
### FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

Signature _____  Date 3/14/08

Print Name ROBERT ADAMS

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com



## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Justin Andrews*

REDACTED

_____  2-29-08
Signature                        Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Kyle Applebee*

REDACTED

Signature            Date    03/07/08

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Aaron Bash*

REDACTED

Signature _____ Date 3-4-08

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Joshua Baxley*

REDACTED

_____   10 Mar 08
Signature                          Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Mark Cantey*

REDACTED

Signature                              Date 3-10-08

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Kevin Copes*



REDACTED

REDACTED

Signature                    Date

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Richard Deal*

REDACTED

*Richard Deal*   3-10-08
Signature                  Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

### PLAINTIFF CONSENT-TO-JOIN FORM
### FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Steven Durrett*

REDACTED

Signature                              Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Andrea Gerhard*

REDACTED

Signature                    Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*William Farmer III*

| |
|---|
| REDACTED |

Signature _____ 5-1-08

Date

| |
|---|
| REDACTED |

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*David Harstine*

REDACTED

Signature                                     Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.



*Kory Gill*

REDACTED

**SIGN HERE**

_____    _____
Signature                                    Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jeremy Higginbotham*

REDACTED

_Jeremy Higginbotham_          3/4/08
Signature                                        Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Glen Jaegel*

REDACTED

_____    3/6/08
Signature                            Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Zachary Lovelady*

REDACTED

Signature                                     Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

REDACTED

---

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

---

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jason Malone*

REDACTED

_____        03/13/08
Signature                              Date

REDACTED

Fax, Mail or Email to:        Nichols Kaster & Anderson, PLLP
                              Attn.: David Zoeller
                              4600 IDS Center, 80 South Eighth Street,
                              Minneapolis, Minnesota 55402-2242
                              Fax: (612) 215-6870
                              Toll Free Telephone: (877) 448-0492
                              Email: zoeller@nka.com
                              Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Heather Marshall*

| REDACTED |
|---|

Heather Marshall        3·14·08

Signature                      Date

| REDACTED |
|---|

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.



*Jeffrey McWhirter*

REDACTED

**SIGN HERE**

Signature _Jeffrey McWhirter_    Date 3-1-08

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:      Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Ashley McCoy*

REDACTED

Signature _____ 3-11-07
Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Eduardo Monita Jr*

REDACTED

*Eduardo Monito*    03-10-08
Signature               Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Bradley Ottinger*

REDACTED

_____    3/09/08
Signature                          Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Robert Parsons*

REDACTED

*Robert V. Parsons*      3/10/08
Signature                        Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Gary Rogers*

<div style="border:1px solid">REDACTED</div>

*Gary J. Rogers*        3/13/08
Signature                    Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Andrew Rich*

REDACTED

_____  3/10/08
Signature                Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Mervyn Simmons*

REDACTED

_____  3 –10 – 08
Signature                    Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

Mar.13. 2008  3:09PM

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*David Sanchez*

REDACTED

Signature                    3/13/08
                               Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Todd Santiago*

REDACTED

Signature                    Date

3/4/08

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web:  www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*John Schold*

REDACTED

*John C Schold*  3/10/08

Signature                                   Date

REDACTED

Fax, Mail or Email to:      Nichols Kaster & Anderson, PLLP
                            Attn.: David Zoeller
                            4600 IDS Center, 80 South Eighth Street,
                            Minneapolis, Minnesota 55402-2242
                            Fax: (612) 215-6870
                            Toll Free Telephone: (877) 448-0492
                            Email: zoeller@nka.com
                            Web:  www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jay Taylor*



REDACTED

SIGN HERE

Signature                                    3/4/08
                                             Date

REDACTED

Emergency

<table>
<tr><td>Fax, Mail or Email to:</td><td>Nichols Kaster & Anderson, PLLP<br>Attn.: David Zoeller<br>4600 IDS Center, 80 South Eighth Street,<br>Minneapolis, Minnesota 55402-2242<br>Fax: (612) 215-6870<br>Toll Free Telephone: (877) 448-0492<br>Email: zoeller@nka.com<br>Web: www.overtimecases.com</td></tr>
</table>

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Kelly Taylor*

REDACTED

Signature _____  Date  03-06-08

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web:  www.overtimecases.com