1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (admitted **pro hac vice**)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (admitted **pro hac vice**)
7  David C. Zoeller, MN State Bar No. 0387885
   Zoeller@nka.com
   (admitted **pro hac vice**)
8  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
9  80 S. 8th Street
   Minneapolis, MN 55402
10
   ATTORNEYS FOR PLAINTIFFS
11
                IN THE UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13
   Shanan Calhoun, James Mulderig, Daniel
14 Wille, individually, on behalf of others
   similarly situated, and on behalf of the      Case No: 3:07-cv-5326-MHP
15 general public,
                                                 **NOTICE OF CONSENT FILING**
16                          Plaintiffs,

17         vs.

18 Fastenal Company, and DOES 1-50,
   inclusive,
19
                            Defendants.
20

21
22         PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

23 attached Consent Form(s) for the following person(s):

24 Harner      Justin
   Lewis       Damon
25 Spelde      Matthew
   Tapley      Michael
26 Tucker      Robert
27 Whitfield   Michael
   Winey       Jason
28 Youngblood  David

NOTICE OF CONSENT FILING

| | |
|---|---|
| 1 | |
| 2 | s/Matthew C. Helland |
| 3 | Dated: March 20, 2008 |

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE
Shanan Calhoun, et al. v. Fastenal Company, et al.
Case No. 3:07-cv-5326-MHP

I hereby certify that on March 20, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: March 20, 2008

s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

REDACTED

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Justin Harner*

REDACTED

SIGN HERE

Signature: *Justin Kyle Harner*    Date: 3-11-08

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Damon Lewis*

REDACTED

*[signature]*  3/13/08
Signature                          Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Matthew Spelde* ※ New Address

REDACTED

Signature   Date 3/20/08

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Michael Tapley*

REDACTED

_Michael Tapley_  3-20-08
Signature            Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Robert Tucker*

| REDACTED |
|---|

*[signature]* 3-10-08
Signature                Date

| REDACTED |
|---|

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

**PLAINTIFF CONSENT-TO-JOIN FORM**
**FASTENAL COMPANY**

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Michael Whitfield*

REDACTED

*Michael A Whitfield*  2/28/08
Signature                          Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jason Winey*

REDACTED

Signature _(signed)_    Date 3/17/08

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*David Youngblood*

REDACTED

Signature _____ 3-18-8
             Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com