```
 1  Matthew C. Helland, CA State Bar No. 250451
    Helland@nka.com
 2  NICHOLS KASTER & ANDERSON, LLP
    One Embarcadero Center, Ste. 720
 3  San Francisco, CA 94111

 4  Donald H. Nichols, MN State Bar No. 78918
    Nichols@nka.com
 5  (admitted pro hac vice)
    Paul J. Lukas, MN State Bar No. 22084X
 6  Lukas@nka.com
    (admitted pro hac vice)
 7  David C. Zoeller, MN State Bar No. 0387885
    Zoeller@nka.com
 8  (admitted pro hac vice)
    NICHOLS KASTER & ANDERSON, PLLP
 9  4600 IDS Center
    80 S. 8th Street
10  Minneapolis, MN 55402

11  ATTORNEYS FOR PLAINTIFFS
```

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>                Plaintiffs,<br><br>  vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>                Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Fernandez | Ernest |
| Hagerty | Matthew |
| Maloney | Scott |
| Martin | Adam |
| Smith | Mildred |

```
 1   Dated:  April 2, 2008            s/Matthew C. Helland
 2                                    NICHOLS KASTER & ANDERSON, LLP
                                      Matthew C. Helland, CA State Bar No. 250451
 3                                    Helland@nka.com
                                      One Embarcadero Center
 4                                    Ste. 720
                                      San Francisco, CA 94111
 5
                                      Donald H. Nichols, MN State Bar No. 78918
 6                                    Nichols@nka.com
                                      (admitted pro hac vice)
 7                                    Paul J. Lukas, MN State Bar No. 22084X
                                      Lukas@nka.com
 8                                    (admitted pro hac vice)
                                      David C. Zoeller, MN State Bar No. 0387885
 9                                    Zoeller@nka.com
                                      (admitted pro hac vice)
10                                    NICHOLS KASTER & ANDERSON, PLLP
                                      4600 IDS Center
11                                    80 S. 8th Street
                                      Minneapolis, MN 55402
12
                                      ATTORNEYS FOR PLAINTIFFS
13
14
...
28
```

2

NOTICE OF CONSENT FILING

# CERTIFICATE OF SERVICE
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on April 2, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: April 2, 2008

s/Matthew C. Helland

---

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS
DTZ/nbr

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Ernest Fernandez Jr*

DODGE, KS 67801

Signature       04-01-08
                Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com



## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Matthew Hagerty*

*EDWARDSVILLE, IL 62025*

*Matthew K Hagerty*   03/30/2008
Signature                          Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Scott Maloney*

REDACTED

Chicago IL 60622

Signature                               Date 3/28/08

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Adam Martin*

REDACTED

SAN DIEGO, CA  92126-3621

**SIGN HERE**

_____   3/10/08
Signature                    Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web:  www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Mildred Smith*

CLARKSVILLE, TN 37043

*Mildred L. Smith*  4-02-08
Signature                               Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com