Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF AMENDED CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Amended Consent Form of Ryan Bauer. Ryan Bauer filed his original Consent Form with the Court on March 6, 2007, (Dkt # 82), however the Consent Form was incorrectly dated.

| | |
|---|---|
| Dated: April 7, 2008 | s/Matthew C. Helland |
| | **NICHOLS KASTER & ANDERSON, LLP** |
| | Matthew C. Helland, CA State Bar No. 250451 |
| | Helland@nka.com |
| | One Embarcadero Center |
| | Ste. 720 |
| | San Francisco, CA 94111 |
| | |
| | Donald H. Nichols, MN State Bar No. 78918 |
| | Nichols@nka.com |
| | (admitted **pro hac vice**) |
| | Paul J. Lukas, MN State Bar No. 22084X |
| | Lukas@nka.com |
| | (admitted **pro hac vice**) |
| | David C. Zoeller, MN State Bar No. 0387885 |
| | Zoeller@nka.com |
| | (admitted **pro hac vice**) |
| | NICHOLS KASTER & ANDERSON, PLLP |
| | 4600 IDS Center |
| | 80 S. 8th Street |
| | Minneapolis, MN 55402 |
| | |
| | ATTORNEYS FOR PLAINTIFFS |

NOTICE OF AMENDED CONSENT FILING

# CERTIFICATE OF SERVICE
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on April 7, 2008, I caused the following document(s):

**Notice of Amended Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: April 7, 2008

s/Matthew C. Helland

---

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS
DTZ/nbr

NOTICE OF AMENDED CONSENT FILING

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Fastenal Company as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for Fastenal Company. During the past three years, there were occasions when I worked over 40 hours per week for Fastenal and did not receive overtime compensation. I worked for Fastenal as an assistant general manager.

Approximate Dates of Employment  5/15/06  to  12/15/06

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____ 4/1/08
Signature       Date

RYAN BAUER

REDACTED

Fax or Mail To:

Fresno CA 93704       93704
City, State, Zip Code

Dan Wozniak
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

REDACTED

CONSENT AND DECLARATION