1   Matthew C. Helland, CA State Bar No. 250451
    Helland@nka.com
2   NICHOLS KASTER & ANDERSON, LLP
    One Embarcadero Center, Ste. 720
3   San Francisco, CA 94111

4   Donald H. Nichols, MN State Bar No. 78918
    Nichols@nka.com
5   (admitted **pro hac vice**)
    Paul J. Lukas, MN State Bar No. 22084X
6   Lukas@nka.com
    (admitted **pro hac vice**)
7   David C. Zoeller, MN State Bar No. 0387885
    Zoeller@nka.com
8   (admitted **pro hac vice**)
    NICHOLS KASTER & ANDERSON, PLLP
9   4600 IDS Center
    80 S. 8th Street
10  Minneapolis, MN 55402

11  ATTORNEYS FOR PLAINTIFFS

12              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13

14  Shanan Calhoun, James Mulderig, Daniel
    Wille, individually, on behalf of others
15  similarly situated, and on behalf of the        Case No: 3:07-cv-5326-MHP
    general public,
16                                                   **NOTICE OF CONSENT FILING**
                              Plaintiffs,
17
         vs.
18
    Fastenal Company, and DOES 1-50,
19  inclusive,

20                            Defendants.

21

22       PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

23  attached Consent Form(s) for the following person(s):

24

25  Olive        Kevin
    Wienke       Michael
26

27

28

                              NOTICE OF CONSENT FILING

1

Dated: April 8, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

2

1

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.

2

**Case No.** 3:07-cv-5326-MHP

3

I hereby certify that on April 8, 2008, I caused the following document(s):

4

**Notice of Consent Filing**

5

6

to be served via ECF to the following:

7

Fastenal Company
C/O: National Registered Agents, Inc.

8

2030 Main Street, Suite 1030
Irvine, CA 92614

9

10

Dated: April 8, 2008

s/Matthew C. Helland

11

12

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451

13

Helland@nka.com
One Embarcadero Center

14

Ste. 720
San Francisco, CA 94111

15

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com

16

(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X

17

Lukas@nka.com
(admitted **pro hac vice**)

18

David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com

19

(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP

20

4600 IDS Center
80 S. 8th Street

21

Minneapolis, MN 55402

22

ATTORNEYS FOR PLAINTIFFS
DTZ/nbr

23

24

25

26

27

28

3

**PLAINTIFF CONSENT-TO-JOIN FORM
FASTENAL COMPANY**

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Kevin Olive*

*Spring Hill, FL  34610*

_____    4-4-08
Signature                                          Date

REDACTED

Fax, Mail or Email to:      Nichols Kaster & Anderson, PLLP
                            Attn.: David Zoeller
                            4600 IDS Center, 80 South Eighth Street,
                            Minneapolis, Minnesota 55402-2242
                            Fax: (612) 215-6870
                            Toll Free Telephone: (877) 448-0492
                            Email: zoeller@nka.com
                            Web: www.overtimecases.com



REDACTED

# PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Michael Wienke*

REDACTED

**WOODSTOCK, IL  60098**

*Michael W.Wienke*   4/8/8

Signature                                    Date

REDACTED

Fax, Mail or Email to:      Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web:  www.overtimecases.com