1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  NICHOLS KASTER & ANDERSON, LLP
   One Embarcadero Center, Ste. 720
3  San Francisco, CA 94111

4  Donald H. Nichols, MN State Bar No. 78918
   Nichols@nka.com
5  (admitted **pro hac vice**)
   Paul J. Lukas, MN State Bar No. 22084X
6  Lukas@nka.com
   (admitted **pro hac vice**)
7  David C. Zoeller, MN State Bar No. 0387885
   Zoeller@nka.com
   (admitted **pro hac vice**)
8  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center
9  80 S. 8th Street
   Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Mason          Damon

NOTICE OF CONSENT FILING

| | |
|---|---|
| Dated: April 15, 2008 | s/Matthew C. Helland |
| | **NICHOLS KASTER & ANDERSON, LLP**<br>Matthew C. Helland, CA State Bar No. 250451<br>Helland@nka.com<br>One Embarcadero Center<br>Ste. 720<br>San Francisco, CA 94111 |
| | Donald H. Nichols, MN State Bar No. 78918<br>Nichols@nka.com<br>(admitted **pro hac vice**)<br>Paul J. Lukas, MN State Bar No. 22084X<br>Lukas@nka.com<br>(admitted **pro hac vice**)<br>David C. Zoeller, MN State Bar No. 0387885<br>Zoeller@nka.com<br>(admitted **pro hac vice**)<br>NICHOLS KASTER & ANDERSON, PLLP<br>4600 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402 |
| | ATTORNEYS FOR PLAINTIFFS |

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on April 15, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fastenal Company
C/O: National Registered Agents, Inc.
2030 Main Street, Suite 1030
Irvine, CA 92614

Dated: April 15, 2008

s/Matthew C. Helland
_____

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS
DTZ/nbr

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Damon Mason*

FORT WORTH, TX 76116 → Irving TX 75039

Signature                Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com