NICHOLS KASTER & ANDERSON, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF WITHDRAWAL FILING PURUSANT TO 29 U.S.C. § 216**<br><br>Judge: Hon. Marilyn Hall Patel<br><br>Location: Courtroom 15, 18th Floor<br><br>Date originally filed: October 18, 2007 |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Withdrawal Form(s) for the following person(s):

Pender          Ryan

---

NOTICE OF CONSENT FILING

| | |
|---|---|
| | NICHOLS, KASTER & ANDERSON, PLLP |
| Dated: April 22, 2008 | s/David C. Zoeller |
| | David C. Zoeller |
| | ATTORNEYS FOR PLAINTIFFS |

# CERTIFICATE OF SERVICE
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on April 22, 2008, I caused the following document(s):

**Notice of Withdrawal Filing**

to be served via ECF to the following:

Leslie Wallis
Lori A. Bowman
Ogletree Deakins Nash Smoak & Stewart, P.C.
633 West 5th Street, 53rd Floor
Los Angeles, CA 90071

A. Craig Cleland
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30308

Dated: April 22, 2008

s/David C. Zoeller

David C. Zoeller, MN State Bar No. 0387885
NICHOLS KASTER & ANDERSON, PLLP
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS
DCZ/nbr

1  NICHOLS KASTER & ANDERSON, LLP
   Matthew C. Helland, CA State Bar No. 250451
2  Helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA 94111
   Telephone (415) 277-7235
4  Facsimile: (415) 277-7238

5  NICHOLS KASTER & ANDERSON, PLLP
   Donald H. Nichols, MN State Bar No. 78918
6  Nichols@nka.com
   (admitted *pro hac vice*)
7  Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
8  (admitted *pro hac vice*)
   David C. Zoeller, MN State Bar No. 0387885
9  Zoeller@nka.com
   (admitted *pro hac vice*)
10 4600 IDS Center
   80 South 8th Street
11 Minneapolis, MN 55402
   Telephone: (612) 256-3200
12 Facsimile: (612) 215-6870

13 Attorneys for Individual and Representative Plaintiffs

14

15         **IN THE UNITED STATES DISTRICT COURT**
16         **NORTHERN DISTRICT OF CALIFORNIA**

17 Shanan Calhoun, James Mulderig,
   and Daniel Wille individually, on
18 behalf of others similarly situated,    Case No: C 07-05326 MHP
   and on behalf of the general public,
19
20 Plaintiffs,
21 v.
22 Fastenal Company, and DOES 1-
   50, inclusive,
23
24         Defendants.
25
26
27
28

PLAINTIFF WITHDRAWAL FROM LAWSUIT

## PLAINTIFF WITHDRAWAL FROM LAWSUIT

I hereby revoke my Plaintiff Consent Form and withdraw as a Plaintiff from the above-mentioned lawsuit involving claims against Defendant Fastenal Company for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et. Seq.

I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon filing my Plaintiff Consent Form with the Court, will begin to run again upon my withdrawal. I understand that my claims may be barred by the passage of time and that it is advisable that if I intend to further pursue this matter I should contact another attorney immediately.

RYAN PENDER

_____
Name

REDACTED

_____
Signature

-2-

PLAINTIFF WITHDRAWAL FROM LAWSUIT