```
 1  NICHOLS KASTER & ANDERSON, LLP
    Matthew C. Helland, CA State Bar No. 250451
 2  Helland@nka.com
    One Embarcadero Center, Suite 720
 3  San Francisco, CA 94111
    Telephone (415) 277-7235
 4  Facsimile: (415) 277-7238

 5  NICHOLS KASTER & ANDERSON, PLLP
    Donald H. Nichols, MN State Bar No. 78918
 6  Nichols@nka.com
    (admitted pro hac vice)
 7  Paul J. Lukas, MN State Bar No. 22084X
    Lukas@nka.com
 8  (admitted pro hac vice)
    David C. Zoeller, MN State Bar No. 0387885
 9  Zoeller@nka.com
    (admitted pro hac vice)
10  4600 IDS Center
    80 South 8th Street
11  Minneapolis, MN 55402
    Telephone: (612) 256-3200
12  Facsimile: (612) 215-6870

13  Attorneys for Individual and Representative Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING PURUSANT TO 29 U.S.C. § 216**<br><br>Judge: Hon. Marilyn Hall Patel<br><br>Location: Courtroom 15, 18th Floor<br><br>Date originally filed: October 18, 2007 |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Coleman | John |
| Eslick | Ryan |
| Kasza | Jason |
| Nelson | Louis |
| Reiland | Michael |

| | |
|---|---|
| 1 | |
| 2 | NICHOLS, KASTER & ANDERSON, PLLP |
| 3 | Dated: April 23, 2008  s/David C. Zoeller |
|   | David C. Zoeller |
| 4 | ATTORNEYS FOR PLAINTIFFS |

# CERTIFICATE OF SERVICE
Shanan Calhoun, et al. v. Fastenal Company, et al.
Case No. 3:07-cv-5326-MHP

I hereby certify that on April 23, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Leslie Wallis
Lori A. Bowman
Ogletree Deakins Nash Smoak & Stewart, P.C.
633 West 5th Street, 53rd Floor
Los Angeles, CA 90071

A. Craig Cleland
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30308

Dated: April 23, 2008

s/David C. Zoeller

David C. Zoeller, MN State Bar No. 0387885
NICHOLS KASTER & ANDERSON, PLLP
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS
DCZ/nbr

### PLAINTIFF CONSENT-TO-JOIN FORM
### FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*John Coleman*

REDACTED

*HAMMOND, IN 46324-1714*

John C. Coleman    4/18/08
Signature    Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Ryan Eslick*

REDACTED

ST PETERSBURG, FL 33710

Signature    Date 4/20/08

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jason Kasza*

REDACTED

*COLORADO SPRINGS, CO 80907*

_____  4-18-08
Signature                 Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

**Louis Nelson**

REDACTED

*Fruita, CO 81521*

_____  4-20-08
Signature                   Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Michael Reiland*

REDACTED

WAUWATOSA, WI 53213

_____  04-18-08
Signature                Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com