1    NICHOLS KASTER & ANDERSON, LLP
     Matthew C. Helland, CA State Bar No. 250451
2    Helland@nka.com
     One Embarcadero Center, Suite 720
3    San Francisco, CA 94111
     Telephone (415) 277-7235
4    Facsimile: (415) 277-7238

5    NICHOLS KASTER & ANDERSON, PLLP
     Donald H. Nichols, MN State Bar No. 78918
6    Nichols@nka.com
     (admitted *pro hac vice*)
7    Paul J. Lukas, MN State Bar No. 22084X
     Lukas@nka.com
8    (admitted *pro hac vice*)
     David C. Zoeller, MN State Bar No. 0387885
9    Zoeller@nka.com
     (admitted *pro hac vice*)
10   4600 IDS Center
     80 South 8th Street
11   Minneapolis, MN 55402
     Telephone:  (612) 256-3200
12   Facsimile:  (612) 215-6870

13   Attorneys for Individual and Representative Plaintiffs

14              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
15

16   Shanan Calhoun, James Mulderig, Daniel
     Wille, individually, on behalf of others
17   similarly situated, and on behalf of the        Case No:  3:07-cv-5326-MHP
     general public,
18                                                    **NOTICE OF CONSENT FILING**
                                    Plaintiffs,       **PURUSANT TO 29 U.S.C. § 216**
19
          vs.                                         Judge: Hon. Marilyn Hall Patel
20
     Fastenal Company, and DOES 1-50,                 Location: Courtroom 15, 18th Floor
21   inclusive,
                                                       Date originally filed: October 18, 2007
22                                  Defendants.

23
           PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
24
     attached Consent Form(s) for the following person(s):
25

26   Davison          Adam
27   Dunlap           David
     Galford          Megan
28   Goodman          David

---

NOTICE OF CONSENT FILING

1   Stephens          Michael
    Uber              Lloyd
2
                                        NICHOLS, KASTER & ANDERSON, PLLP
3
    Dated:  April 29, 2008              s/David C. Zoeller
4                                       David C. Zoeller

5                                       ATTORNEYS FOR PLAINTIFFS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                  2

1

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.

2
**Case No.** 3:07-cv-5326-MHP

3

I hereby certify that on April 29, 2008, I caused the following document(s):

4

**Notice of Consent Filing**

5

6
to be served via ECF to the following:

7
Leslie Wallis
Lori A. Bowman

8
Ogletree Deakins Nash Smoak & Stewart, P.C.
633 West 5th Street, 53rd Floor

9
Los Angeles, CA 90071

10
A. Craig Cleland

11
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Bank of America Plaza

12
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30308

13

Dated:  April 29, 2008

14
s/David C. Zoeller

15
David C. Zoeller, MN State Bar No. 0387885

16
NICHOLS KASTER & ANDERSON, PLLP
Zoeller@nka.com

17
(admitted *pro hac vice*)
4600 IDS Center

18
80 South 8th Street
Minneapolis, MN 55402

19
Telephone:  (612) 256-3200
Facsimile:  (612) 215-6870

20
ATTORNEYS FOR PLAINTIFFS

21
DCZ/mbs

22

23

24

25

26

27

28

2

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Adam Davison*

REDACTED

*WESTMINSTER, CO  80021*

Signature                    4.25.08    Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP.
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*David Dunlap*

REDACTED

*Canton, OH  44710*

_____    4-3-08
Signature                              Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web:  www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Megan Galford*

REDACTED

*Hayes, VA  23072*

Signature _____  Date 4/26/08

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*David Goodman*

REDACTED

*HATTIESBURG, MS 39401*

_____    4-26-08
Signature                    Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Michael Stephens Jr*

REDACTED

EVERETT, WA
98206

_____    _____
Signature                    Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Lloyd Uber*

REDACTED

*SEAFORD, DE 19973*

Signature                           Date
3-19-08

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com