NICHOLS KASTER & ANDERSON, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING PURUSANT TO 29 U.S.C. § 216**<br><br>Judge: Hon. Marilyn Hall Patel<br><br>Location: Courtroom 15, 18th Floor<br><br>Date originally filed: October 18, 2007 |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Carbajal | Dayara |
| Cole | Jason |
| Cope | Aaron |
| Cosens | Philip |
| Dragoo | Mark |

| | | |
|---|---|---|
| Herbert | Candice | |
| Hermann | Joel | |
| Lee | Dawn | |
| Makara | David | |
| Marsee | Craig | |
| Shuster | Adam | |
| Tuttle | Christopher | |
| Wright | Cally | |

NICHOLS, KASTER & ANDERSON, PLLP

Dated: May 2, 2008

s/David C. Zoeller
David C. Zoeller

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on May 2, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Leslie Wallis
Lori A. Bowman
Ogletree Deakins Nash Smoak & Stewart, P.C.
633 West 5th Street, 53rd Floor
Los Angeles, CA 90071

A. Craig Cleland
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30308

Dated: May 2, 2008

s/David C. Zoeller

David C. Zoeller, MN State Bar No. 0387885
NICHOLS KASTER & ANDERSON, PLLP
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS
DCZ/nbr

REDACTED

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Davara Carbajal*

REDACTED
EL CENTRO, CA 92243

_____  5/1/08
Signature                Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jason Cole*

*Jetmore, KS  67854*

_Jason Cole_
Signature                                      Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Aaron Cope*

DARDENNE PRAIRIE, MO 63368
-8367

_____  5-01-08
Signature                   Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Philip Cosens*

REDACTED

*CHICAGO, IL  60657-2120*

Signature                                    4·17·08
                                             Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Mark Dragoo*
REDACTED
*Winslow, AZ 86047*

_____  4/28/08
Signature                  Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

_____  5.1.08
Signature                   Date

Candice Herbert
Print Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Joel Hermann*

REDACTED

*Cochrane, WI 54622*

_____  4/24/08
Signature                Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Dawn Lee*

REDACTED

**ROUND ROCK, TX  78681**

_____   04/28/08
Signature                          Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

REDACTED

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

_David S Makara_    4/30/08
Signature              Date

DAVID MAKARA
Print Name

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Craig Marsee*

*FREMONT, OH 43420*

Signature: [signed] Craig M. Marsee   Date: 4/28/08

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Adam Shuster*

RANDALLSTOWN, MD 21133

_____  2/26/2008
Signature                Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Christopher Tuttle*

REDACTED
RACINE, WI 53406

_Christopher D. Tuttle_  4-30-08
Signature                Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Cally Wright*

**HEBER, UT 84032**

*Cally Wright*  4-28-08
Signature                Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com