NICHOLS KASTER & ANDERSON, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING PURUSANT TO 29 U.S.C. § 216**<br><br>Judge: Hon. Marilyn Hall Patel<br><br>Location: Courtroom 15, 18th Floor<br><br>Date originally filed: October 18, 2007 |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Bamfield     Daniel
Barefoot     Daniel
Jackson      Jeremy
Stachler     Diana
Prosser      William

NOTICE OF CONSENT FILING

| | |
|---|---|
| Valizan-Crispin | Charlyne |
| Voight | Adam |

NICHOLS, KASTER & ANDERSON, PLLP

Dated: May 8, 2008

s/David C. Zoeller
David C. Zoeller

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on May 9, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Leslie Wallis
Lori A. Bowman
Ogletree Deakins Nash Smoak & Stewart, P.C.
633 West 5th Street, 53rd Floor
Los Angeles, CA 90071

A. Craig Cleland
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30308

Dated: May 8, 2008

s/David C. Zoeller

David C. Zoeller, MN State Bar No. 0387885
NICHOLS KASTER & ANDERSON, PLLP
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS
DCZ/nbr

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Daniel Bamfield*

REDACTED

*St. Joseph, MO 64504*

Signature                                      Date: 5-06-08

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Daniel Barefoot*
REDACTED
*BATH, NY 14810*

Daniel D. Barefoot                5/8/08
Signature                          Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jeremy Jackson*

REDACTED

*Jonesboro, AR  72404*

_____  4/25/08
Signature                                    Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Diana Stachler*

OHIO CITY, OH 45874    REDACTED

_____  5-8-08
Signature                 Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

REDACTED

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*William Prosser*

EASTON, PA 18045   REDACTED

*William M Prosser*   5/8/08
Signature            Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP.
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Charlyne Valizan-Crispin*

REDACTED

**PLATTE CITY, MO 64079**

_____  4-16-08
Signature                Date

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

# PLAINTIFF CONSENT-TO-JOIN FORM
# FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Adam Voight*
REDACTED
STETSONVILLE, WI 54480-9729

_____  5/6/08
Signature                 Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com