1  NICHOLS KASTER & ANDERSON, LLP
   Matthew C. Helland, CA State Bar No. 250451
2  Helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA 94111
   Telephone (415) 277-7235
4  Facsimile: (415) 277-7238

5  NICHOLS KASTER & ANDERSON, PLLP
   Donald H. Nichols, MN State Bar No. 78918
6  Nichols@nka.com
   (admitted *pro hac vice*)
7  Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
8  (admitted *pro hac vice*)
   David C. Zoeller, MN State Bar No. 0387885
9  Zoeller@nka.com
   (admitted *pro hac vice*)
10 4600 IDS Center
   80 South 8th Street
11 Minneapolis, MN 55402
   Telephone: (612) 256-3200
12 Facsimile: (612) 215-6870

13 Attorneys for Individual and Representative Plaintiffs

14        IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
15

16 Shanan Calhoun, James Mulderig, Daniel
   Wille, individually, on behalf of others
17 similarly situated, and on behalf of the       Case No: 3:07-cv-5326-MHP
   general public,
18                                                 **NOTICE OF CONSENT FILING**
                              Plaintiffs,          **PURUSANT TO 29 U.S.C. § 216**
19
      vs.                                          Judge: Hon. Marilyn Hall Patel
20
   Fastenal Company, and DOES 1-50,               Location: Courtroom 15, 18th Floor
21 inclusive,
                                                   Date originally filed: October 18, 2007
22                            Defendants.

23
           PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
24
   attached Consent Form(s) for the following person(s):
25

26 Callahan          Stephen
   Cheng             Sharon
27 Cooper            Robert
   Gygax             Steven
28 Hamilton          Corey

—————————————————————————————————————
                    NOTICE OF CONSENT FILING

1 | Hesch | David
2 | Johnson | Shelli
  | Kolmer | Vicki
3 | McSmith | Jonathan
  | Owens | Brett
4 | Ring | Sean
  | Skau | Renee
5 | Vanness | John
  | Vonwachenfeldt | Jason
6 | Williams | Matthew

7

NICHOLS, KASTER & ANDERSON, PLLP

8

Dated: May 12, 2008

s/David C. Zoeller

9

David C. Zoeller

10

ATTORNEYS FOR PLAINTIFFS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.

2

**Case No.** 3:07-cv-5326-MHP

3

I hereby certify that on May 12, 2008, I caused the following document(s):

4

**Notice of Consent Filing**

5

6

to be served via ECF to the following:

7

Leslie Wallis
Lori A. Bowman

8

Ogletree Deakins Nash Smoak & Stewart, P.C.
633 West 5th Street, 53rd Floor

9

Los Angeles, CA 90071

10

A. Craig Cleland

11

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Bank of America Plaza

12

600 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30308

13

14

Dated:  May 12, 2008

s/David C. Zoeller

15

David C. Zoeller, MN State Bar No. 0387885

16

NICHOLS KASTER & ANDERSON, PLLP
Zoeller@nka.com

17

(admitted *pro hac vice*)
4600 IDS Center

18

80 South 8th Street
Minneapolis, MN 55402

19

Telephone:  (612) 256-3200
Facsimile:  (612) 215-6870

20

ATTORNEYS FOR PLAINTIFFS
DCZ/nbr

21

22

23

24

25

26

27

28

2

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Stephen Callahan*

*Perris, CA 92570*

_____    5/8/08
Signature                          Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Sharon Cheng*

REDACTED

*RICHMOND, CA  94804-4578*

_____   4/7/08
Signature                             Date

REDACTED

Fax, Mail or Email to:      Nichols Kaster & Anderson, PLLP
                            Attn.: David Zoeller
                            4600 IDS Center, 80 South Eighth Street,
                            Minneapolis, Minnesota 55402-2242
                            Fax: (612) 215-6870
                            Toll Free Telephone: (877) 448-0492
                            Email: zoeller@nka.com
                            Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Robert Cooper*

REDACTED

*SAINT PETERSBURG, FL  33702*

Signature                                        Date
4-29-08

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web:  www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

_____Steven Gygax_____
Signature                                    Date

_Steven Gygax_
Print Name

REDACTED

_Virginia Beach, VA 23456_
City, State, Zip Code

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

REDACTED



## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Corey Hamilton*

*CARSON, CA 90745*

Signature                                    5/12/08
Signature                              Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:        Nichols Kaster & Anderson, PLLP
                              Attn.: David Zoeller
                              4600 IDS Center, 80 South Eighth Street,
                              Minneapolis, Minnesota 55402-2242
                              Fax: (612) 215-6870
                              Toll Free Telephone: (877) 448-0492
                              Email: zoeller@nka.com
                              Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*David Hesch*

REDACTED

*LOVELAND, CO  80539*

_David G Hess_    5·6·08

Signature                                      Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web:  www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Shelli Johnson*

REDACTED

*ROSCOE, IL  61073*

*Shelli Johnsen*          5-  -08
Signature                      Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Vicki Kolmer*

*Uniontown, OH 44685*

*Vicki L Kolmer* 5-5-08
Signature                                    Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party
plaintiff. At some time between February 29, 2005 and the present, I worked as an
Assistant General Manager (also known as Assistant Manager) for Fastenal and did not
receive overtime compensation.

*Jonathan McSmith*

*Clinton, MI 39825* REDACTED

_Jon McSmith_ _4/22/08_
Signature                              Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Brett Owens*

REDACTED

*KLAMATH FALLS, OR 97603-4416*

_____
Signature                    Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Sean Ring*

REDACTED

*GLADSTONE, MO  64118-3403*

_____    _____
Signature                         Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web:  www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff.  At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Renee Skau*

*EDGERTON, WI 53534*

Signature                                      Date    5/7/08

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web:  www.overtimecases.com

REDACTED

# PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*John Vanness*

*Anderson, IN  46013*

Signature _____  Date _____

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
Attn.: David Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, Minnesota 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: zoeller@nka.com
Web: www.overtimecases.com

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Jason Vonwachenfeldt*

REDACTED

*New York, NY 10027*

_____          5-8-08
Signature                          Date

REDACTED

Fax, Mail or Email to:    Nichols Kaster & Anderson, PLLP
                          Attn.: David Zoeller
                          4600 IDS Center, 80 South Eighth Street,
                          Minneapolis, Minnesota 55402-2242
                          Fax: (612) 215-6870
                          Toll Free Telephone: (877) 448-0492
                          Email: zoeller@nka.com
                          Web: www.overtimecases.com

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Matthew Williams*

REDACTED

*ELIZABETH CITY, NC 27909*

_____     5/10/08
Signature                              Date

REDACTED

Fax, Mail or Email to:     Nichols Kaster & Anderson, PLLP
                           Attn.: David Zoeller
                           4600 IDS Center, 80 South Eighth Street,
                           Minneapolis, Minnesota 55402-2242
                           Fax: (612) 215-6870
                           Toll Free Telephone: (877) 448-0492
                           Email: zoeller@nka.com
                           Web: www.overtimecases.com

[*]