1 | Counsel on next page

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANAN CALHOUN, JAMES MULDERIG, and DANIEL WILLE individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-CV-5326 MHP<br><br>**JOINT STIPULATION TO AMEND THE CIVIL MINUTES DATED JANUARY 28, 2008** |

NICHOLS KASTER & ANDERSON, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

LORI A. BOWMAN, State Bar No. 114664
lori.bowman@ogletreedeakins.com
LESLIE E. WALLIS, State Bar No. 128435
leslie.wallis@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:    (213) 239-9800
Facsimile:    (213) 239-9045

A. CRAIG CLELAND
craig.cleland@ogletreedeakins.com
(admitted *pro hac vice*)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Bank of America Plaza
600 Peachtree St., NE, Suite 2100
Atlanta, GA 30308

Attorneys for Defendant
FASTENAL COMPANY

-2-

1
2   The parties by and through their counsel of record submit this Joint Stipulation to Amend the
    Civil Minutes dated January 28, 2008.
3
4         WHEREAS, Judge Marilyn Hall Patel conducted a Case Management Conference
    between the parties on January 28, 2008.
5
6         WHEREAS, the CIVIL MINUTES (Dkt. 57) from that Case Management Conference
    reflect the following dates and deadlines:
7
            Parties to submit stipulation w/class notice **2/29/08**;
8
            Deadline to opt in is **4/15/08**;
9
            Case continued to **7/28/08** at 2:00 p.m. for Preliminary Approval Hearing or
10
            Scheduling Conference.
11
          WHEREAS, The Joint Stipulation and Order for Conditional Class Certification and
12
    Court Authorized Notice (Dkt. 68) reflects the following dates and deadlines:
13
            Deadline to opt in **5/14/05**;
14
            The parties will return to court on **August 28, 2008** for Preliminary Approval
15
            Hearing or Scheduling Conference.
16
          WHEREAS, the parties agree that dates and deadlines reflected in The Joint Stipulation
17
    and Order for Conditional Class Certification and Court Authorized Notice (Dkt. 68) are
18
    the dates mutually agreed upon by the parties.
19
          WHEREAS, the parties are informed that the Court is available to conduct a Preliminary
20
    Approval Hearing or Scheduling Conference only on **August 25, 2008**.
21
22
          **IT IS HEREBY ORDERED THAT**:
23
          1.    The CIVIL MINUTES will be amended to reflect that the opt in deadline is **May
24
    14, 2008** and that the parties will return to Court on **August 25, 2008** at 2:00 p.m. to conduct a
25
    Preliminary Approval Hearing, or a Scheduling Conference in the event that the parties have not
26
    reached a settlement.
27
28

-3-

JOINT STIPULATION TO AMEND THE CIVIL MINUTES DATED JANUARY 28, 2008
Case No: 3:07-CV-5326 MHP

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 06/05/08 | NICHOLS KASTER & ANDERSON, PLLP |
| 3 | | s/David C. Zoeller |
| 4 | | _____ |
| | | Paul J. Lukas |
| 5 | | Donald H. Nichols |
| | | David C. Zoeller |
| 6 | | |
| | | Attorneys for Individual and Representative Plaintiffs |
| 7 | DATED: 06/05/08 | OGLETREE, DEAKINS, NASH, SMOAK & |
| 8 | | STEWART, P.C. |
| 9 | | s/Craig A. Cleland |
| 10 | | _____ |
| | | Lori A. Bowman |
| 11 | | Leslie E. Wallis |
| | | Craig A. Cleland |
| 12 | | |
| 13 | | Attorneys for Defendant |
| | | FASTENAL COMPANY |

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. Marilyn Hall Patel
U.S. District Court Judge

-4-

JOINT STIPULATION TO AMEND THE CIVIL MINUTES DATED JANUARY 28, 2008
Case No: 3:07-CV-5326 MHP