```
                                           PAGES 1 - 10

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

    BEFORE THE HONORABLE MARILYN HALL PATEL, JUDGE

    SHANAN CALHOUN, ET AL.,       )
                                  )
              PLAINTIFF           )
                                  )
      VS.                         )       NO. C 07-5326 MHP
                                  )
    FASTENAL COMPANY, ET AL.,     )
                                  )
              DEFENDANTS,         )
    _____)

                                      SAN FRANCISCO, CALIFORNIA
                                      MONDAY, JANUARY 28, 2008
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

```
FOR PLAINTIFF:          NICHOLS KASTER & ANDERSON
                        4600 IDS CENTER
                        80 SOUTH 8TH STREET
                        MINNEAPOLIS, MN  55402
                   BY:  PAUL J. LUKAS
                        ATTORNEY AT LAW




FOR DEFENDANT:          OGLETREE DEAKINS NASH SMOAK
                        & STEWART PC
                        633 WEST FIFTH STREET
                        53RD FLOOR
                        LOS ANGELES, CA  90071
                   BY:  LORI A. BOWMAN
                        LESLIE ERIN WALLIS
                        ATTORNEYS AT LAW

            (APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:            JAMES YEOMANS, CSR #4039, RPR
                        OFFICIAL REPORTER
              COMPUTERIZED TRANSCRIPTION BY ECLIPSE
```

```
 1   APPEARANCES:   (CONTINUED)

 2   FOR DEFENDANT:            OGLETREE DEAKINS NASH SMOAK
                               & STEWART
 3                             600 PEACHTREE STREET, NE
                               SUITE 2100
 4                             ATLANTA, GA  30308
                         BY:   ANTHONY CRAIG CLELAND
 5                             ATTORNEY AT LAW
```

```
 1  MONDAY, JANUARY 28, 2008                              3:00 P.M.
 2           (THE FOLLOWING PROCEEDINGS WERE HEARD IN OPEN COURT:)
 3           THE CLERK:  CIVIL CASE NUMBER 07-5326, SHANAN CALHOUN
 4  VERSUS FASTENAL COMPANY.
 5           WILL COUNSEL PLEASE STEP FORWARD AND STATE YOUR
 6  APPEARANCES FOR THE RECORD.
 7           MR. LUKAS:  GOOD AFTERNOON, YOUR HONOR.
 8           PAUL LUKAS FROM NICHOLS KASTER & ANDERSON HERE FOR THE
 9  PLAINTIFF.
10           MS. BOWMAN:  GOOD AFTERNOON.
11           LORI BOWMAN ON BEHALF OF DEFENDANT.
12           MS. WALLIS:  LESLIE WALLIS ON BEHALF OF DEFENDANT.
13           MR. CLELAND:  CRAIG CLELAND ON BEHALF OF THE
14  DEFENDANT.
15           MR. LUKAS:  I'M A LITTLE UNRULY, IT TAKES THREE, AT
16  LEAST.
17           THE COURT:  WE'LL TAKE CARE OF THAT UNRULINESS PART.
18  NOW, YOU CONTEMPLATE DOING SOME KIND OF CERTIFICATION IN A
19  TWO-STAGE PROCESS FOR THE FLSA AND THE CLAIMS?
20           MR. LUKAS:  WE MET SINCE WE SENT YOU THAT MESS THERE.
21           THE COURT:  YOU GOT IT SETTLED?
22           MR. LUKAS:  NOT EXACTLY, BUT WE HAVE -- WE HAVE COME
23  UP WITH A JOINT PLAN THAT WE'D LIKE TO RUN BY YOU.
24           THE PLAN IS FOR THE PARTIES TO STIPULATE TO
25  CONDITIONAL CERTIFICATION IN JUDICIAL NOTICE UNDER THE FLSA,
```

1  SEND OUT NOTICE TO THE GROUP, AND DO A 30(B)(6) AND SOME
2  LIMITED DISCOVERY. WE SORT OF FLUSHED OUT WHAT THAT DISCOVERY
3  WOULD BE.
4        IN THE MEANTIME THEN DO AN EARLY MEDIATION, A PRIVATE
5  MEDIATION. WE GOT SORT OF A ROUGH OUTLINE FOR YOU WITH RESPECT
6  TO DATES THAT WE HAVE IN STIPED FOR THIS PROPOSAL.
7        **THE COURT:** THOSE ARE -- WELL, YOU GAVE ME THOSE
8  WONDERFUL DATES. 60 DAYS FROM THE DISCOVERY DEADLINE DATE, I
9  HAVE TO FIND ANOTHER DATE THERE. WHAT DO YOU GOT?
10       MAKE SURE WE GET THESE DOWN. I'M NOT GOING TO WRITE
11  THEM.
12       **MR. LUKAS:** I APOLOGIZE, I DON'T KNOW IF THESE ARE
13  GOING TO LAND ON SATURDAY OR SUNDAY.
14       **THE COURT:** YOU DIDN'T CHECK THAT?
15       **MR. LUKAS:** I THINK I DID, BUT THEY CHANGED THE DATES
16  ON ME, SO THE DATES I HAD PICKED ORIGINALLY WORKED PERFECT, BUT
17  WE'LL SEE. THE ORIGINAL --
18       **THE COURT:** YOU TELL YOU WHAT, IF YOU HAVE A WEEKEND
19  DATE IT WILL BE DEEMED SUBMITTED ON THE PAPERS, HOW IS THAT?
20       **MR. LUKAS:** PERFECT. THE DRAFT STIPULATED BETWEEN THE
21  PARTIES DRAFTING THE NOTICE AND SENDING THE NOTICE WILL ALL
22  OCCUR BEFORE FEBRUARY 29TH. WHICH, I BELIEVE, OR BEFORE THE
23  29TH, WE'LL TRY TO GET IT DONE AS QUICKLY AS POSSIBLE. I
24  THINK, THAT'S A FRIDAY.
25       **THE COURT:** THESE ON OR BEFORE DATES, ARE DATES YOU'RE

| | |
|---|---|
| 1 | NOT COMING INTO COURT, YOUR JUST FILING SOMETHING? |
| 2 | **MR. LUKAS:** JUST SELF-IMPOSED DEADLINE.  THE DEADLINE |
| 3 | TO JOIN THE CASE THEN FOR THESE OPT-INS UNDER THE FLSA WOULD BE |
| 4 | APRIL 15TH.  I'M NOT SURE WHAT THE DAY OF THE WEEK THAT WAS, I |
| 5 | REMEMBER THAT WAS ONE OF THE ORIGINAL DATES I HAD. |
| 6 | **THE COURT:** THAT'S GOING TO BE WHAT YOU SUBMIT ON |
| 7 | FEBRUARY 29TH ALL THESE DAYS? |
| 8 | **MR. LUKAS:** ALL THESE DATES WILL BE IN THE STIP. |
| 9 | **THE COURT:** IF YOU WANT TO GO THROUGH THAT NOW, THAT'S |
| 10 | FINE, SO WE HAVE THEM IN THE TRANSCRIPT, BUT YOU CAN JUST NOTE |
| 11 | THE DATE THAT THEY'RE GOING TO GET THINGS FILED WITH THE COURT |
| 12 | AND THEN THE DATE THAT WE'RE GOING TO HAVE ANY HEARINGS. |
| 13 | **MR. LUKAS:** THE ONLY DATES THAT REALLY AFFECT THE |
| 14 | COURT, YOUR HONOR, WE'LL BE FILING THAT STIP WITH NOTICE SO YOU |
| 15 | CAN SEE, YOU CAN AT LEAST SEE WHAT IT LOOKS LIKE BEFORE IT GOES |
| 16 | OUT. |
| 17 | **THE COURT:** I HAVE TO SIGN OFF ON IT, TOO, TO APPROVE |
| 18 | THE NOTICE. |
| 19 | **MR. LUKAS:** IT WILL BE JUDICIAL NOTICE, WE'D LIKE IT |
| 20 | TO COME FROM THE COURT.  I DON'T THINK THEY HAVE ANY OBJECTION |
| 21 | TO THAT, THAT'S WHAT WE'RE AGREEING TO. |
| 22 | **MS. BOWMAN:** WE THINK THE PARTIES CAN WORK OUT THE |
| 23 | LANGUAGE. |
| 24 | **THE COURT:** I HAVE TO SIGN OFF ON SOMETHING, WE DON'T |
| 25 | NEED A HEARING. |

1       **MS. BOWMAN:** RIGHT.

2       **MR. LUKAS:** THAT WILL GET YOU THAT ON OR BEFORE

3  FEBRUARY 29TH.  THE OTHER SORT OF MAGIC DATE FOR YOU THAT WE

4  SELECTED WAS THE END OF JULY FOR SORT OF RETURN TO THE COURT

5  DATE AND THAT WOULD BE RETURN TO YOU FOR ONE OF TWO REASONS.

6       EITHER WE SETTLED THE CASE AND WE'RE HERE ON

7  PRELIMINARY APPROVAL OR WE FAILED TO SETTLE THE CASE AND WE'RE

8  HERE TO SCHEDULED THE REST OF THE LITIGATION.

9       SO THOSE ARE THE TWO DATES IN BETWEEN THERE.  THERE'S

10 SOME DATES THAT WE'LL HAVE IN THE STIP, BUT THOSE ARE SORT OF

11 THE TWO DATES THAT WILL FEBRUARY --

12      **THE COURT:** WHAT THE DATES BY WHICH OR THE DATE BY

13 WHICH OPT-INS HAVE TO COME IN?

14      **MR. LUKAS:** THAT'S APRIL 15TH IS WHAT WE CHOSE.

15      **THE COURT:** SO THE NOTICES WILL GO OUT WELL ENOUGH IN

16 ADVANCE.

17      **MR. LUKAS:** YES.

18      **MR. LUKAS:** 75 DAYS, JUDGE.

19      **THE COURT:** HOW LARGE A GROUP?

20      **MS. BOWMAN:** BETWEEN FOUR AND 5,000.

21      **THE COURT:** WHERE DID I SEE THE NUMBER 50?

22      **MS. BOWMAN:** THOSE ARE THE OPT-INS TO DATE.

23      **THE COURT:** SO AND WHERE ARE THESE PEOPLE LOCATED?

24      **MS. BOWMAN:** THROUGHOUT THE UNITED STATES.

25      **MR. LUKAS:** EVERYWHERE.

1    **THE COURT:** AND THEN YOU'LL BE BACK HERE ON, YOU WANT
2  TO BE BACK HERE, WHAT WAS THE LAST DATE OF JULY?
3    **MR. LUKAS:** WE PICKED JULY 31ST, BUT I'M NOT SURE WE
4  CHECKED ON THE CALENDAR.
5    **THE CLERK:** THAT'S A THURSDAY.
6    **THE COURT:** CAN YOU BACK IT UP ON THE MONDAY?
7    **THE CLERK:** THE 28TH.  JULY 28TH AT 3:00 O'CLOCK.
8    **MR. LUKAS:** GREAT.
9    **THE COURT:** AND IF ONE WEEK IN ADVANCE THAT YOU WOULD
10  SUBMIT WHATEVER SUPPLEMENTAL PAPERS YOU NEED TO SUBMIT TO BRING
11  ME UP TO DATE ON WHAT'S HAPPENING.
12    **THE COURT:** OKAY.  THEN DO YOU HAVE DATES BEYOND THAT
13  OR DO YOU WANT TO JUST WAIT AND SEE WHAT HAPPENS AT THIS POINT?
14    **MS. BOWMAN:** I THINK, OUR PREFERENCE WOULD WAIT AND
15  SEE HOW MUCH DISCOVERY WE GET DONE THROUGH THIS TRUNCATED
16  PERIOD WE CAN BETTER SET THE DATES LATER.
17    **THE COURT:** THE DISCOVERY YOU'RE GOING TO DO DURING
18  THIS TRUNCATED PERIOD PREPARING FOR CLASS CERTIFICATION TO THE
19  STATE CLAIMS.
20    **MS. BOWMAN:** IT'S GOING TO BE A COMBINATION OF WE
21  DON'T WANT TO DO IS DUPLICATE DISCOVERY, STREAMLINE TO SEE IF
22  WE GET IT RESOLVED.  GO TO BOTH REALLY.
23    **THE COURT:** BUT YOU CAN AGREE ON ALL THAT, RIGHT?
24    **MR. LUKAS:** WE'VE WORKED THIS SORT OF THE USUAL
25  SUSPECTS HERE JULY, SO I DON'T HAVE ANY CONCERN.

1      **THE COURT:** I HAVEN'T SEEN THIS GANG OF USUAL
2  SUSPECTS. I GOT OTHER USUAL SUSPECTS IN OTHER CASES.
3      **MR. CLELAND:** YOU SHOULD CHECK THE POSTERS.
4      **MR. LUKAS:** I DON'T HAVE THINK WE'RE GOING TO HAVE ANY
5  PROBLEM FIGURING IT OUT. WE ALREADY TALKED AND PRETTY MUCH A
6  LOT OF DETAIL. I'M GOING TO DO A 30(B)(6) DEPOSITION, THEY
7  WANT TO TAKE A COUPLE OF PLAINTIFFS, WE AGREED ON LIMITED
8  DOCUMENT PRODUCTION, WE AGREE ON AGREE LATER MORE THINGS WE
9  WANT WE'LL FIGURE IT OUT.
10     **THE COURT:** IN TERMS OF THE STATE LAW FIRMS, YOU GOT
11 SOME CALIFORNIA CLAIMS AND PENNSYLVANIA, IS THAT IT?
12     **MS. BOWMAN:** OREGON.
13     **THE COURT:** I DIDN'T GO BACK FAR ENOUGH.
14     **MR. LUKAS:** AS WE ADD OPT-INS I'M ASSUMING IF WE'RE
15 UNABLE TO RESOLVE THIS WE'LL HAVE SOME OTHER STATE LAW CLAIMS.
16     **MS. BOWMAN:** YOU RAISE A GOOD POINT, I THINK, IN THE
17 ORIGINAL JOINT REPORT THERE WAS A DEADLINE FOR JOINT, DO WE
18 WANT TO MAINTAIN THAT DEADLINE AT THIS POINT?
19     **MR. LUKAS:** I REALLY DON'T THINK WE DO. I DON'T THINK
20 YOU GUYS WANT ME TO BRING A MOTION TO AMEND THE COMPLAINT IN
21 ALL THIS PERIOD WHEN WE'RE TRYING TO DO THIS.
22     YOU KNOW HOW THAT WORKS. THE WAY IT WORKS, IF WE'RE
23 LITIGATING THEY DON'T WANT ME TO WIN THAT, IF WE SETTLE THE
24 CASE THEY WANT ME TO HAVE A CLASS ACTION TO BIND THE WORLD, SO
25 I GUESS SORT OF DEPENDS ON HOW.

1       **MR. CLELAND:** PERHAPS, YOU COULD NOTIFY US IF YOU
2  BELIEVE YOU HAVE SUFFICIENT --
3       **THE COURT:** IF YOU WANT TO TALK ABOUT THIS GO OUTSIDE.
4  YOU WANT IT ON THE RECORD, THEN TALK TO ME AND LET'S PUT IT ON
5  THE RECORD.
6       ARE YOU THINKING ABOUT CLAIMS RELATED TO OTHER
7  JURISDICTIONS WHERE SOME OF THESE EMPLOYEES ARE?
8       **MR. LUKAS:** AS THEY -- PEOPLE OPT-IN FROM OTHER STATES
9  THAT HAVE STATE LAW CLAIMS WE WANT TO ADD THEM.
10      **MS. BOWMAN:** MEET AND CONFER WITH US.
11      **MR. LUKAS:** WE'LL MEET AND CONFER ON THAT ISSUE.
12      **THE COURT:** YOU BETTER TRY TO GET IT SET IF YOU'RE
13 GOING TO START DRAGGING IN ALL THESE CLAIMS FROM OTHER
14 JURISDICTIONS.
15      **MS. BOWMAN:** WE AGREE.
16      **THE COURT:** OKAY.  SO IF YOU HAVE ANY PROBLEMS WITH
17 DISCOVERY YOU HEARD WHAT THE RULE IS, I DON'T WANT TO SEE ANY
18 MOTIONS, JUST CALL MR. BOWSER MY COURTROOM DEPUTY AND SET UP A
19 PHONE CONFERENCE.
20      THANK YOU.
21            (PROCEEDINGS ADJOURNED.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS.

I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE FOREGOING PROCEEDINGS AND CAPTION NAMED, OR IN ANY WAY INTERESTED IN THE OUTCOME OF THE CAUSE NAMED IN SAID CAPTION.

THE FEE CHARGED AND THE PAGE FORMAT FOR THE TRANSCRIPT CONFORM TO THE REGULATIONS OF THE JUDICIAL CONFERENCE.

FURTHERMORE, I CERTIFY THE INVOICE DOES NOT CONTAIN CHARGES FOR THE SALARIED COURT REPORTER'S CERTIFICATION PAGE.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS 2ND DAY OF MAY, 2008.

_____

JAMES YEOMANS, CSR, RPR