```
 1  NICHOLS KASTER & ANDERSON, LLP
    Matthew C. Helland, CA State Bar No. 250451
 2  Helland@nka.com
    One Embarcadero Center, Suite 720
 3  San Francisco, CA 94111
    Telephone (415) 277-7235
 4  Facsimile: (415) 277-7238

 5  NICHOLS KASTER & ANDERSON, PLLP
    Donald H. Nichols, MN State Bar No. 78918
 6  Nichols@nka.com
    (admitted pro hac vice)
 7  Paul J. Lukas, MN State Bar No. 22084X
    Lukas@nka.com
 8  (admitted pro hac vice)
    David C. Zoeller, MN State Bar No. 0387885
 9  Zoeller@nka.com
    (admitted pro hac vice)
10  4600 IDS Center
    80 South 8th Street
11  Minneapolis, MN 55402
    Telephone: (612) 256-3200
12  Facsimile: (612) 215-6870

13  Attorneys for Individual and Representative Plaintiffs
```

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>                Plaintiffs,<br><br>vs.<br><br>Fastenal Company, and DOES 1-50, inclusive,<br><br>                Defendants. | Case No: 3:07-cv-5326-MHP<br><br>**NOTICE OF CONSENT FILING PURUSANT TO 29 U.S.C. § 216**<br><br>Judge: Hon. Marilyn Hall Patel<br><br>Location: Courtroom 15, 18th Floor<br><br>Date originally filed: October 18, 2007 |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Wilson                Samuel

NOTICE OF CONSENT FILING

| | | |
|---|---|---|
| 1 | | NICHOLS, KASTER & ANDERSON, PLLP |
| 2 | Dated: June 12, 2008 | s/David C. Zoeller |
| | | David C. Zoeller |
| 3 | | |
| 4 | | ATTORNEYS FOR PLAINTIFFS |

2

# CERTIFICATE OF SERVICE
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

I hereby certify that on June 12, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Leslie Wallis
Lori A. Bowman
Ogletree Deakins Nash Smoak & Stewart, P.C.
633 West 5th Street, 53rd Floor
Los Angeles, CA 90071

A. Craig Cleland
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Bank of America Plaza
600 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30308

Dated: June 12, 2008

s/David C. Zoeller

David C. Zoeller, MN State Bar No. 0387885
NICHOLS KASTER & ANDERSON, PLLP
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS
DCZ/nbr

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Samuel Wilson*

REDACTED

*SELMA, AL 36701*

_____  4-30-2008
Signature                Date

REDACTED

Emergency Contact (and phone number)

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn.: David Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, Minnesota 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com