1   NICHOLS KASTER & ANDERSON, LLP
    Matthew C. Helland, CA State Bar No. 250451
2   Helland@nka.com
    One Embarcadero Center, Suite 720
3   San Francisco, CA 94111
    Telephone (415) 277-7235
4   Facsimile: (415) 277-7238

5   NICHOLS KASTER & ANDERSON, PLLP
    Donald H. Nichols, MN State Bar No. 78918
6   Nichols@nka.com
    (admitted *pro hac vice*)
7   Paul J. Lukas, MN State Bar No. 22084X
    Lukas@nka.com
8   (admitted *pro hac vice*)
    David C. Zoeller, MN State Bar No. 0387885
9   Zoeller@nka.com
    (admitted *pro hac vice*)
10  4600 IDS Center
    80 South 8th Street
11  Minneapolis, MN 55402
    Telephone:  (612) 256-3200
12  Facsimile:  (612) 215-6870

13  Attorneys for Individual and Representative Plaintiffs

14              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
15

16  Shanan Calhoun, James Mulderig, Daniel
    Wille, individually, on behalf of others
17  similarly situated, and on behalf of the        Case No:  3:07-cv-5326-MHP
    general public,
18                                                  **NOTICE OF CONSENT FILING**
                              Plaintiffs,           **PURUSANT TO 29 U.S.C. § 216**
19
        vs.                                         Judge: Hon. Marilyn Hall Patel
20
    Fastenal Company, and DOES 1-50,                Location: Courtroom 15, 18th Floor
21  inclusive,
                                                    Date originally filed: October 18, 2007
22                            Defendants.

23
        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
24
    attached Consent Form(s) for the following person(s):
25
    Martz          Loren
26

27

28

                            NOTICE OF CONSENT FILING

1

2    Dated:  June 24, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NICHOLS, KASTER & ANDERSON, PLLP

s/David C. Zoeller
David C. Zoeller

ATTORNEYS FOR PLAINTIFFS

2

1

2

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
**Case No.** 3:07-cv-5326-MHP

3

I hereby certify that on June 24, 2008, I caused the following document(s):

4

**Notice of Consent Filing**

5

6

to be served via ECF to the following:

7

Leslie Wallis
Lori A. Bowman

8

Ogletree Deakins Nash Smoak & Stewart, P.C.
633 West 5th Street, 53rd Floor

9

Los Angeles, CA 90071

10

A. Craig Cleland

11

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Bank of America Plaza

12

600 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30308

13

Dated:  June 24, 2008

14

s/David C. Zoeller

15

16

David C. Zoeller, MN State Bar No. 0387885
NICHOLS KASTER & ANDERSON, PLLP
Zoeller@nka.com
(admitted *pro hac vice*)

17

4600 IDS Center
80 South 8th Street

18

Minneapolis, MN 55402
Telephone:  (612) 256-3200

19

Facsimile:  (612) 215-6870

20

ATTORNEYS FOR PLAINTIFFS
DCZ/nbr

21

22

23

24

25

26

27

28

2



REDACTED

---

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

---

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.


*Loren Martz*

CAPE CORAL, FL  33914

_____      _____
Signature                                             Date

REDACTED

Fax, Mail or Email to:      Nichols Kaster & Anderson, PLLP
                            Attn.: David Zoeller
                            4600 IDS Center, 80 South Eighth Street,
                            Minneapolis, Minnesota 55402-2242
                            Fax: (612) 215-6870
                            Toll Free Telephone: (877) 448-0492
                            Email: zoeller@nka.com
                            Web: www.overtimecases.com