1 | Counsel on next page

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANAN CALHOUN, JAMES MULDERIG, and DANIEL WILLE individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 3:07-CV-5326 MHP<br><br>**JOINT STIPULATION TO AMEND THE CIVIL MINUTES DATED JANUARY 28, 2008** |

1  
2  NICHOLS KASTER & ANDERSON, LLP  
   Matthew C. Helland, CA State Bar No. 250451  
   Helland@nka.com  
3  One Embarcadero Center, Suite 720  
   San Francisco, CA 94111  
4  Telephone (415) 277-7235  
   Facsimile: (415) 277-7238  
5  
   NICHOLS KASTER & ANDERSON, PLLP  
6  Donald H. Nichols, MN State Bar No. 78918  
   Nichols@nka.com  
7  (admitted *pro hac vice*)  
   Paul J. Lukas, MN State Bar No. 22084X  
8  Lukas@nka.com  
   (admitted *pro hac vice*)  
9  David C. Zoeller, MN State Bar No. 0387885  
   Zoeller@nka.com  
10 (admitted *pro hac vice*)  
   4600 IDS Center  
11 80 South 8th Street  
   Minneapolis, MN 55402  
12 Telephone:  (612) 256-3200  
   Facsimile:  (612) 215-6870  
13  
   Attorneys for Individual and Representative Plaintiffs  
14  
   LORI A. BOWMAN, State Bar No. 114664  
15 lori.bowman@ogletreedeakins.com  
   LESLIE E. WALLIS, State Bar No. 128435  
16 leslie.wallis@ogletreedeakins.com  
   OGLETREE, DEAKINS, NASH,  
17 SMOAK & STEWART, P.C.  
   633 West Fifth Street, 53rd Floor  
18 Los Angeles, California 90071  
   Telephone:     (213) 239-9800  
19 Facsimile:      (213) 239-9045  

20 A. CRAIG CLELAND  
   craig.cleland@ogletreedeakins.com  
21 (admitted *pro hac vice*)  
   OGLETREE, DEAKINS, NASH,  
22 SMOAK & STEWART, P.C.  
   Bank of America Plaza  
23 600 Peachtree St., NE, Suite 2100  
   Atlanta, GA 30308  
24  
   Attorneys for Defendant  
25 FASTENAL COMPANY  

26  
27  
28  

-2-

JOINT STIPULATION TO AMEND THE CIVIL MINUTES DATED JANUARY 28, 2008  
Case No: 3:07-CV-5326 MHP

1  The parties by and through their counsel of record submit this Joint Stipulation to Amend the
2  Civil Minutes dated January 28, 2008.
3      WHEREAS, Judge Marilyn Hall Patel conducted a Case Management Conference
4  between the parties on January 28, 2008.
5      WHEREAS, the CIVIL MINUTES (Dkt. 57) from that Case Management Conference
6  reflect the following dates and deadlines:

    Parties to submit stipulation w/class notice **2/29/08**;

    Deadline to opt in is **4/15/08**;

    Case continued to **7/28/08** at 2:00 p.m. for Preliminary Approval Hearing or Scheduling Conference.

WHEREAS, The Joint Stipulation and Order for Conditional Class Certification and Court Authorized Notice (Dkt. 68) reflects the following dates and deadlines:

    Deadline to opt in **5/14/05**;

    The parties will return to court on **August 28, 2008** for Preliminary Approval Hearing or Scheduling Conference.

WHEREAS, the parties agree that dates and deadlines reflected in The Joint Stipulation and Order for Conditional Class Certification and Court Authorized Notice (Dkt. 68) are the dates mutually agreed upon by the parties.

WHEREAS, the parties are informed that the Court is available to conduct a Preliminary Approval Hearing or Scheduling Conference only on **August 25, 2008**.

**IT IS HEREBY ORDERED THAT**:

1.     The CIVIL MINUTES will be amended to reflect that the opt in deadline is **May 14, 2008** and that the parties will return to Court on **August 25, 2008** at 2:00 p.m. to conduct a Preliminary Approval Hearing, or a Scheduling Conference in the event that the parties have not reached a settlement.

-3-

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 06/05/08 | NICHOLS KASTER & ANDERSON, PLLP |
| 3 | | s/David C. Zoeller |
| 4 | | _____ |
| | | Paul J. Lukas |
| 5 | | Donald H. Nichols |
| | | David C. Zoeller |
| 6 | | |
| | | Attorneys for Individual and Representative Plaintiffs |
| 7 | DATED: 06/05/08 | OGLETREE, DEAKINS, NASH, SMOAK & |
| 8 | | STEWART, P.C. |
| 9 | | s/Craig A. Cleland |
| 10 | | _____ |
| | | Lori A. Bowman |
| 11 | | Leslie E. Wallis |
| | | Craig A. Cleland |

Attorneys for Defendant
FASTENAL COMPANY

**IT IS SO ORDERED.**

Dated:   July 18, 2008

_____

IT IS SO ORDERED
Judge Marilyn H. Patel

-4-