NICHOLS KASTER & ANDERSON, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  (612) 256-3200
Facsimile:  (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No:  3:07-cv-5326-MHP |
| Plaintiffs, | **NOTICE OF CONSENT FILING PURUSANT TO 29 U.S.C. § 216** |
| vs. | Judge: Hon. Marilyn Hall Patel |
| Fastenal Company, and DOES 1-50, inclusive, | Location: Courtroom 15, 18th Floor |
| Defendants. | Date originally filed: October 18, 2007 |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached Consent Form(s) for the following person(s):

Hurst          Patrick

1

2  Dated:  July 25, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NICHOLS, KASTER & ANDERSON, PLLP

s/David C. Zoeller
David C. Zoeller

ATTORNEYS FOR PLAINTIFFS

2

1

**CERTIFICATE OF SERVICE**
Shanan Calhoun, et al. v. Fastenal Company, et al.
2                    **Case No.**  3:07-cv-5326-MHP

3

I hereby certify that on July 25, 2008, I caused the following document(s):

4

**Notice of Consent Filing**
5

to be served via ECF to the following:
6

7    Leslie Wallis
     Lori A. Bowman
8    Ogletree Deakins Nash Smoak & Stewart, P.C.
     633 West 5th Street, 53rd Floor
9    Los Angeles, CA 90071

10
     A. Craig Cleland
11   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
     Bank of America Plaza
12   600 Peachtree Street, N.E., Suite 2100
     Atlanta, GA 30308
13

14   Dated:  July 25, 2008

                                        s/David C. Zoeller
15
                                        David C. Zoeller, MN State Bar No. 0387885
16                                      NICHOLS KASTER & ANDERSON, PLLP
                                        Zoeller@nka.com
17                                      (admitted *pro hac vice*)
                                        4600 IDS Center
18                                      80 South 8th Street
                                        Minneapolis, MN 55402
19                                      Telephone:  (612) 256-3200
                                        Facsimile:  (612) 215-6870
20
                                        ATTORNEYS FOR PLAINTIFFS
21                                      DCZ/nbr

22

23

24

25

26

27

28

NOTICE OF CONSENT FILING

REDACTED

## PLAINTIFF CONSENT-TO-JOIN FORM
## FASTENAL COMPANY

I hereby consent to join this action against Fastenal Company for overtime pay as a party plaintiff. At some time between February 29, 2005 and the present, I worked as an Assistant General Manager (also known as Assistant Manager) for Fastenal and did not receive overtime compensation.

*Patrick Hurst*

REDACTED

Signature                          Date 7-24-08

REDACTED

Fax, Mail or Email to:      Nichols Kaster & Anderson, PLLP
                            Attn.: David Zoeller
                            4600 IDS Center, 80 South Eighth Street,
                            Minneapolis, Minnesota 55402-2242
                            Fax: (612) 215-6870
                            Toll Free Telephone: (877) 448-0492
                            Email: zoeller@nka.com
                            Web: www.overtimecases.com