1  NICHOLS KASTER, LLP
   Matthew C. Helland, CA State Bar No. 250451
2  Helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA 94111
   Telephone (415) 277-7235
4  Facsimile: (415) 277-7238

5  NICHOLS KASTER, PLLP
   Donald H. Nichols, MN State Bar No. 78918
6  Nichols@nka.com
   (admitted *pro hac vice*)
7  Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
8  (admitted *pro hac vice*)
   David C. Zoeller, MN State Bar No. 0387885
9  Zoeller@nka.com
   (admitted *pro hac vice*)
10 4600 IDS Center
   80 South 8th Street
11 Minneapolis, MN 55402
   Telephone: (612) 256-3200
12 Facsimile: (612) 215-6870

13 Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| Shanan Calhoun, James Mulderig, Daniel Wille, individually, on behalf of others similarly situated, and on behalf of the general public, | Case No: 3:07-cv-5326-MHP |
|---|---|
| Plaintiffs, | **NOTICE OF FIRM NAME CHANGE** |
| vs. | |
| Fastenal Company, and DOES 1-50, inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES ON RECORD

PLEASE TAKE NOTICE TAKE effective August 1, 2008, the law firm of Nichols Kaster & Anderson, PLLP and Nichols Kaster & Anderson, LLP changed its name to Nichols Kaster, PLLP and Nichols Kaster, LLP respectively. Our addresses, phone numbers, and fax numbers have not changed.

NOTICE OF CONSENT FILING

1  Dated: August 1, 2008

NICHOLS KASTER, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone (415) 277-7235
Facsimile: (415) 277-7238

ATTORNEYS FOR PLAINTIFFS

NOTICE OF CONSENT FILING