## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: August 25, 2008

Case No.   C 07-5326  MHP              Judge: MARILYN H. PATEL

Title: SHANAN CALHOUN et al -v- FESTANAL COMPANY

Attorneys:  Plf: Paul Lukas
            Dft: Craig Cieland

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

## PROCEEDINGS

1)   Status Conference

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Preliminary Approval papers to be submitted by 9/2/2008; Final approval hearing set for 12/8/2008 at 2:00 pm;