# CLAIM FORM
## Calhoun et. al v. Fastenal Company
### Case No. 07-CV-5326 MHP

**Please read the Notice of Settlement before completing the Claim Form**

**IMPORTANT:** This claim form must be signed and returned to class counsel in order for you to collect your share of the settlement.

**CLAIM FORMS RECEIVED AFTER OCTOBER 30, 2008 WILL NOT BE ACCEPTED**

### INSTRUCTIONS FOR CLAIM FORM:

1. It is important to read and follow these instructions carefully, as well as those contained on the Notice of Settlement enclosed with this Claim Form. Failure to follow these instructions may result in your losing benefits to which you might otherwise be entitled.

2. If Class Counsel does not receive your claim form by **OCTOBER 30, 2008**, it will be rejected and you will lose all rights to receive any money from this settlement.

3. **Under penalty of perjury**, you must sign this form and confirm that the below statements are complete and accurate.

4. By returning this Claim Form you are releasing your claims, known and unknown, against Fastenal Company and that means that you cannot sue, continue to sue, or be part of any other lawsuit against Fastenal Company about the legal issues in *this* case.

# CLAIM FORM

**YOUR ANSWERS ON THIS FORM ARE SUBJECT TO PENALTIES FOR PERJURY. ONLY SIGN THIS FORM IF STATEMENTS BELOW ARE TRUTHFUL AND COMPLETE.**

Name
Address
City, State ZIP

**I declare as follows:**

1) **I have received notice of the proposed settlement in this action and I wish to receive my share of the proposed settlement which will be no less than (amount).**

*(In the event that other settlement recipients do not respond this notice, the value of your settlement may slightly increase.)*

2) **I was employed by Fastenal as a non-exempt employee (paid hourly) in California at some time between September 8, 2004 and July 18, 2008.**

4) **While employed by Fastenal as a non-exempt employee in California, on at least one occasion I was not provided an uninterrupted 30 minute meal period during a work period of six hours or more, and was not paid a premium for the missed meal period(s);**

5) **While employed by Fastenal as a non-exempt employee in California, on at least one occasion I was not permitted to take a ten minute rest period during a work period of four hours or more and was not paid a premium for the missed rest period(s).**

## YOU MUST SIGN AND DATE BELOW:

I, _____ declare **under penalty of perjury** that the information and facts I have stated in this Claim Form are true and accurate to the best of my personal knowledge. I understand that making a knowingly false statement may subject me to prosecution for perjury.

Signed: _____    Date: _____

**QUESTIONS?** CALL 612-256-3200 OR 877-448-0492, OR VISIT WWW.NKA.COM/SG