Date

Name
Address
City State Zip
SG-1

# SETTLEMENT OFFER AND RELEASE

Re:   **Calhoun et. al v. Fastenal Company**
      **Wage and Hour Settlement**
      **Untied States District Court, Northern District of California**
      **Court File 3:07-CV-5326 MHP**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS WILL BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

**AS AN OPT-IN PLAINTIFF WHO FILED A CONSENT FORM IN THE ABOVE-REFERENCED ACTION YOU WILL BE ENTITLED TO RECEIVE A PAYMENT PURSUANT TO THE PROPOSED SETTLEMENT DESCRIBED HEREIN, PENDING FINAL APPROVAL BY THE COURT.**

1. You previously returned a Consent Form to participate in the above-referenced lawsuit, which is now being settled. Under the terms of the settlement, you will receive a payment of at least $_____ for the settlement of your claims in the lawsuit, which will occur after the Court approves the settlement as final. In the event that other settlement recipients do not respond this notice, the value of your settlement may slightly increase.

2. **If you do not wish to remain a participant in the case, and wish to reject this offer, you must timely request in writing to be withdrawn from the case. If you remain in the case, you will release the claims described in paragraph 3 below and be permanently barred from asserting any of the claims described in paragraph 3 below.** Your rejection and request for exclusion must legibly set forth your name and address, and must include a statement that you wish to withdraw and be excluded from the lawsuit and the settlement. Your request for exclusion must be sent by United States mail, **and must be received by Plaintiffs' counsel no late than October 30, 2008.** Please send to:

   Paul J. Lukas
   Nichols Kaster, PLLP
   4600 IDS Center, 80 South Eighth Street
   Minneapolis, MN 55402

1

3. If you wish to participate in this settlement and receive the payment above, then when Court approval of the Settlement becomes final, you will release and forever discharge Fastenal Company, and their former and present officers, directors, employees, agents, attorneys, predecessors, successors, shareholders, parents, subsidiaries and affiliated entities ("Released Parties") from any and all claims, demands, actions, causes of action, rights, offsets, liens, or liabilities, known or unknown, that you have had, now have, or may have in the future pertaining to your employment as an Assistant General Managers at Fastenal company under:

   (i)   the FLSA;
   (ii)  California, Oregon, Pennsylvania, and New York wage and hour laws;
   (iii) the wage and hour laws of any other state;
   (iv)  California meal and rest break law;
   (v)   California waiting time penalties;
   (vi)  California wage statement penalties;
   (vii) or Oregon waiting time penalties.

including all claims for general, special, liquidated, and/or punitive damages, as well as any and all claims for penalties, attorneys' fees, costs, and/or expenses.

**IN ORDER TO RECEIVE THIS SETTLEMENT AMOUNT, YOU MUST SIGN AND RETURN THIS FORM IN THE ENCLOSED, POSTAGE-PAID ENVELOPE. You may also fax the form to 612-338-4878 or email the form to rkopischke@nka.com.**

**IN ORDER FOR YOU TO QUALIFY FOR PAYMENT, YOUR FORM MUST BE RECEIVED BY CLASS COUNSEL BY OCTOBER 30, 2008.**

I wish to receive the settlement payment outlined above and release the claims outlined above:

_____       Date: _____
[name inserted]

New Address (**if different than above**) and phone number:

_____
_____
_____