1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SHANAN CALHOUN, JAMES MULDERIG, DANIEL WILLE, DUSTIN BARSTOW, and MATTHEW KOBOS, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>FASTENAL COMPANY, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 07-05326 MHP<br><br>~~PROPOSED~~ ORDER GRANTING APPLICATION FOR ATTORNEYS' FEES AND COSTS<br><br>Hearing Date: September 21, 2009<br>　　　　　　　  2:00 P.M.<br>　　　　　　　  Courtroom 15, 18th Floor<br><br>Complaint Filed: October 28, 2007<br>Honorable Marilyn Hall Patel |

WHEREAS, the Court having considered the Amended Settlement Agreement And Release (the "Settlement Agreement"), and having preliminarily approved the same on June 2, 2009;

WHEREAS, the Court having entered an Order directing that notice be given to the Class Members, and notice having been individually mailed to the Class Members, and the Court having conducted a Fairness Hearing concerning the proposed settlement;

WHEREAS, the Court having reviewed Class Counsel's Application for Attorneys' Fees and Costs; Memorandum of Points and Authorities in Support Thereof; and

WHEREAS, the Court having reviewed the entire record of this action, and good cause appearing,

**IT IS HEREBY ORDERED:**

1.  The Court has jurisdiction over the subject matter of this action, the Defendant, and the Classes.

2.  Notice of the requested award of attorneys' fees and reimbursement of costs and expenses was directed to Class Members in a reasonable manner, and complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure;

3.  Class Members and any party from who payment is sought have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2);

4.  The requested award of $2,500,000 in attorneys' fees is supported by the percentage of the common fund approach, and this Circuit's benchmark of twenty-five percent (25%). See, e.g., Paul, Johnson, Alston & Hunt v. Graulty, 886 F.2d 268 (9th Cir. 1989); Six Mexican Workers v. Arizona Citrus Growers, 904 F.2d 1301 (9th Cir. 1990); Vizcaino v. Microsoft Corp., 290 F.3d 1043 (9th Cir. 2002). The Court reaches this conclusion based on attorneys' fees awards issued in similar cases, and the fact that the common fund of $10,000,000 was created for Class Members through the efforts of Class Counsel;

5.  The requested award of attorneys' fees is also justified by a lodestar analysis. The Court has reviewed the hours devoted to this case by Class Counsel and concludes that they are reasonable. The Court has reviewed the hourly rates used by Class Counsel in calculating their

1  lodestar fees and concludes that these rates are appropriate for attorneys in this locality of Class
2  Counsel's skill and experience.  Based on these hours and rates, Class Counsel's lodestar fees
3  exceed $811,000; and

4       6. The $56,918 in litigation costs and expenses incurred by Class Counsel have been
5  adequately documented and were reasonably incurred for the benefit of the Class, and the Court
6  finds that reimbursement of these costs and expenses is justified;

7  **THE COURT HEREBY ORDERS:**

8  Class Counsel are hereby awarded attorneys' fees in the amount of $2,500,000 and reimbursement
9  of costs and expenses in the amount of $56,918.

11  IT IS SO ORDERED.

12  Dated:  __11/17/2009_____          _____
13                                       Honorable
                                         United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)